Paul S. Seabrook - SBN: 296286
Seabrook Law Offices
2055 Junction Ave. Ste. 138
San Jose, CA 95131
Ph: 408-879-9039
E-mail: bankruptcy@seabrooklawoffices.com

Attorney for Debtor(s)
RICHARD RIVERA AND JULIE GONZALES-RIVERA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>RICHARD RIVERA AND JULIE GONZALES-RIVERA<br><br>Debtor(s). | Case No.: 18-50604-MEH<br><br>CHAPTER 13<br><br>**DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO VALUE COLLATERAL**<br><br>Hearing Date: August 16, 2018<br>Hearing Time: 9:30 a.m.<br>Location: 280 S. First St., Courtroom 3020<br>San Jose, CA 95113<br><br>Judge: Hon. M. Elaine Hammond |

We, Richard Rivera and Julie Gonzales-Rivera, declare:

1. We are the Debtors in this Chapter 13 bankruptcy.

2. On March 20, 2018, the date we filed this case, a home which we own at 140 College Rd., Watsonville, CA 95076 was worth $415,000.00. We base our opinion on a recent appraisal we had commissioned which valued of the property at $415,000.00 (See **Exhibit C**), dated April 3, 2018.

3. Chase Bank holds a first mortgage on our home in the amount of $427,233.00 (see **Exhibit A**). We believe this loan balance is correct.

- 1 -

DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO VALUE COLLATERAL

4. Aspen G, LLC also holds a second mortgage on our property. The amount owed to Aspen G, LLC on this mortgage is approximately $279,326.35 (see **Exhibit B**). The loan serviced by Aspen G, LLC described above is a lien on our property senior to the second deed of trust to Chase Mortgage.

5. We have first had personal knowledge of all the facts stated in this declaration.

Executed under penalty of perjury this 16th day of July, 2018 at Watsonville, California.

Dated: July 16, 2018

          */s/ Richard Rivera*
          Richard Rivera, Debtor

          */s/ Julie Gonzales-Rivera*
          Julie Gonzales-Rivera, Joint Debtor