# Real Estate Appraisal Report



Approximate Water Level in Owner's Photo of Front Porch

### LOCATED AT

140 College Rd
Watsonville, CA 95076

### FOR

Julie & Richard Rivera
140 College Rd
Watsonville, CA 95076

### AS OF

03/03/2018

### BY

Frank O. May, MAI, SRA, ASA
State Certified General Appraiser (CA#AG002051)
Appraisal Services
Independent Fee Appraisers
2815 Chanticleer Avenue, Santa Cruz, CA 95065
Tel:(831)479-1901; Fax(831)479-1905; www.frankmay.com

Form GA2NV  LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Frank O. May, MAI, SRA, ASA
Appraisal Services
Independent Fee Appraisers
2815 Chanticleer Avenue
Santa Cruz, CA 95065

03/20/2018

Julie & Richard Rivera
140 College Rd
Watsonville, CA 95076

Re:  Property:        140 College Rd
                      Watsonville, CA 95076
     Owner:           RIVERA RICHARD JR/GONZALES-RIVERA JULIE
     File No.:         18-0058

Opinion of Value: $  $415,000
Effective Date:      03/03/2018

 Dear Mr. & Mrs. Rivera,

At your request, I have completed the appraisal assignment on the above described property.

That report is attached, along with pertinent addenda; my appraised value is subject to the addenda, which contains definitions, comments, limiting conditions, and an outline of summaries used in the valuation process, along with a description of the appraisal process and its limitations. You are urged to read the report in its entirety before relying on any part of the appraisal report.

Based on data summarized in this appraisal report, I estimate the subject property's market value, based on a three month exposure period, as of 03/03/2018, to be:

**FOUR HUNDRED FIFTEEN THOUSAND DOLLARS  ($415,000)**

Please call me if you have any additional questions or comments regarding this appraisal assignment.

Sincerely,

State Certified General Appraiser
CA License #AG002051
Appraiser Services
2815 Chanticleer Avenue, Santa Cruz, CA 95065
Tel:(831)479-1901; Fax(831)479-1905; Frank@frankmay.com

Rivera
18-0058

# UNIFORM RESIDENTIAL APPRAISAL REPORT

| Property Description | | File No. 18-0058 |
|---|---|---|

**SUBJECT**

| Property Address | 140 College Rd | City | Watsonville | State | CA | Zip Code | 95076 |
|---|---|---|---|---|---|---|---|

| Legal Description | Assessor's Map No 22-58 (See additional comments...) | County | Santa Cruz |
|---|---|---|---|

| Assessor's Parcel No. | 051-171-14 | Tax Year | 2017 | R.E. Taxes $ | 1,741 | Special Assessments $ | 0 |
|---|---|---|---|---|---|---|---|

| Borrower | N/A | Current Owner | RIVERA, RICHARD JR & JULIE | Occupant: | ☒ Owner | ☐ Tenant | ☐ Vacant |
|---|---|---|---|---|---|---|---|

| Property rights appraised | ☒ Fee Simple | ☐ Leasehold | Project Type | ☐ PUD | ☐ Condominium (HUD/VA only) | HOA $ | | /Mo. |
|---|---|---|---|---|---|---|---|---|

| Neighborhood or Project Name | Watsonville | Map Reference | N/A | Census Tract | 1225.00 |
|---|---|---|---|---|---|

| Sale Price $ | 0 | Date of Sale | N/A | Description and $ amount of loan charges/concessions to be paid by seller | N/A |
|---|---|---|---|---|---|

| Lender/Client | Client: Julie & Richard Rivera | Address | 2280 Rosewood Dr, San Bruno, CA 94066 |
|---|---|---|---|

| Appraiser | Frank O. May, MAI, SRA, ASA | Address | 2815 Chanticleer Ave, Santa Cruz, CA 95065 |
|---|---|---|---|

**NEIGHBORHOOD**

| Location | ☐ Urban | ☒ Suburban | ☐ Rural | Predominant occupancy | | Single family housing | | | Present land use % | | Land use change | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Built up | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | | | PRICE $(000) | AGE (yrs) | One family | 80 | | ☒ Not likely | ☐ Likely |
| Growth rate | ☐ Rapid | ☒ Stable | ☐ Slow | ☒ Owner | 75 | 338 Low | 12 | 2-4 family | 8 | | ☐ In process | |
| Property values | ☒ Increasing | ☐ Stable | ☐ Declining | ☐ Tenant | | 635 High | 69 | Multi-family | 8 | | To: | |
| Demand/supply | ☒ Shortage | ☐ In balance | ☐ Over supply | ☐ Vacant (0-5%) | | Predominant | | Commercial | 4 | | | |
| Marketing time | ☐ Under 3 mos. | ☒ 3-6 mos. | ☐ Over 6 mos. | ☐ Vacant (over 5%) | | 568 | 47 | | | | | |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics: General neighborhood boundaries are Hecker Pass to the north, Carlton Road to the east, Riverside Drive to the south, and Highway 1 to the west.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): The subject is located in a neighborhood of primarily older and rebuilt, varying quality custom-homes just northeast of the Watsonville city limits. Watsonville neighborhoods are typically heterogeneous but that is acceptable to the market. Downtown Watsonville so about 2 miles southwest, parks and beaches are within a couple of miles, and there is good access to State Highways 1, 156 and 129 which connect to State Highways 17 and 101 and lead to major employment centers, all within an hour commute. Schools of all levels within two miles and bus service is available. Shopping, entertainment and services in nearby Watsonville.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): Supply (Inventory) is low and prices are climbing, with appreciation averaging about 10% per year since 2015. Cash, Conventional and FHA Financing has been common, with Sellers making few, if any, concessions. The subject property falls below the neighborhood predominate value, primarily due to Gross Living Area (GLA) and deferred condition.

**PUD**

Project Information for PUDs (If applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)? ☐ Yes ☒ No ☐ N/A

Approximate total number of units in the subject project N/A     Approximate total number of units for sale in the subject project N/A

Describe common elements and recreational facilities: N/A

**SITE**

| Dimensions | 101.55' x 53.64 (Approximate) | Topography | Level |
|---|---|---|---|
| Site area | 6,403 sf | Corner Lot ☐ Yes ☒ No | Size | 6,403 sf |
| Specific zoning classification and description | R-1-6 (Single Family Residential) | Shape | Rectangular |
| Zoning compliance | ☒ Legal | ☐ Legal nonconforming (Grandfathered use) | ☐ Illegal | ☐ No zoning | Drainage | Poor |
| Highest & best use as improved: | ☒ Present use | ☐ Other use (explain) | View | Residential/Avg |

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private | Landscaping | Average |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Street | Asphalt | ☒ | | Driveway Surface | Asphalt |
| Gas | ☒ | | Curb/gutter | None | | | Apparent easements | None Noted |
| Water | ☒ | | Sidewalk | None | | | FEMA Special Flood Hazard Area ☒ Yes ☐ No | |
| Sanitary sewer | ☒ | | Street lights | Yes | ☒ | | FEMA Zone AE | Map Date 05/16/2012 |
| Storm sewer | | None | Alley | None | | | FEMA Map No. 060353-06087C0411E | |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.): There was no apparent adverse easements, encroachments or special assessments noted. The subject is a level interior parcel, landscape is average with concrete patio.

**DESCRIPTION OF IMPROVEMENTS**

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | 1 | Foundation | CC-Per/Avg | Slab | No | Area Sq. Ft. | None | Roof | |
| No. of Stories | 1 | Exterior Walls | Stucco/Avg | Crawl Space | Yes | % Finished | N/A | Ceiling | |
| Type (Det./Att.) | Detached | Roof Surface | Comp.Shg./Avg | Basement | N/A | Ceiling | N/A | Walls | |
| Design (Style) | Ranch | Gutters & Dwnspts. | 3"x6"Metal/Avg | Sump Pump | Not Noted | Walls | N/A | Floor | |
| Existing/Proposed | Existing | Window Type | DblPane/Good | Dampness | Mold Noted | Floor | N/A | None | ☒ |
| Age (Yrs.) | 59 | Storm/Screens | Yes/Avg | Settlement | Not Noted | Outside Entry | N/A | Unknown | ☒ |
| Effective Age (Yrs.) | 35 | Manufactured House | No | Infestation | Noted SeePhotos | | | Therm Pn Windows | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | None |
| Level 1 | | Area | Area | 1 | | | | 3 | 2.0 | | | 1,082 |
| Level 2 | | | | | | | | | | | | |

Finished area above grade contains: 5 Rooms; 3 Bedroom(s); 2.0 Bath(s); 1,082 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: | 2-C Garage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | HdWd/BlwAvg | Type | FAU | Refrigerator | | None | ☒ | Fireplace(s) # | 1-FP | None | |
| Walls | Drywall/BlwAvg | Fuel | N.Gas | Range/Oven | | Stairs | | Patio | Concrete | Garage | # of cars |
| Trim/Finish | Wood/Avg | Condition | Avg | Disposal | | Drop Stair | | Deck | None | Attached | 2-C Garage |
| Bath Floor | Vinyl/Avg | COOLING | | Dishwasher | | Scuttle | | Porch | Small/Cov. | Detached | |
| Bath Wainscot | Cer. Tile/Avg | Central | None | Fan/Hood | | Floor | | Fence | Wood | Built-In | |
| Doors | Hollow Interior/Avg. | Other | | Microwave | | Heated | | Pool | None | Carport | |
| Solid Exter./Avg. Glass Slider/Gd. | | Condition | | Washer/Dryer | | Finished | | | | Driveway | 4+Open/Gd |

Additional features (special energy efficient items, etc.): Hardwood flooring throughout, WWC in MBR, tile flooring in kitchen and bathrooms. Granite countertops with Oak cabs in kitchen. Brick fireplace in the living room is, reportedly, non-functional. Sliding glass door to concrete patio.

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.: The subject was constructed in 1959 and considered to be average quality construction and in overall below average condition. The subject flooded recently and suffered substantial water damage to floors, walls, framing, and furnace, as well as residual mold in most rooms. Considered Def. Maint. in the Condition line-item; estimates for repairs/remediation about $40,000 and effect on value $75,000. See Addendum.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property: Hardwood flooring throughout, WWC in MBR, tile flooring in kitchen and bathrooms. However, there did not appear to be any need for an environmental assessment report or environmental expert.

Freddie Mac Form 70 6/93     PAGE 1 OF 2     Fannie Mae Form 1004 6/93

Form UA2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## COST APPROACH

| | | | | |
|---|---|---|---|---|
| ESTIMATED SITE VALUE | Abstracted Site Value | = $ | 275,000 | |
| ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS: | | | | |
| Dwelling | 1,082 Sq. Ft. @ $ 200.00 | = $ | 216,400 | |
| | Sq. Ft. @ $ | = | | |
| Patio, Landscaping, Fence | | | 20,000 | |
| Garage/Carport | 440 Sq. Ft. @ $ 75.00 | = | 33,000 | |
| Total Estimated Cost New | | = $ | 269,400 | |
| Less | Physical  Functional  External | | | |
| Depreciation | 117,348  50,000 | = $ | 167,348 | |
| Depreciated Value of Improvements | | = $ | 102,052 | |
| "As-is" Value of Site Improvements | | = $ | 40,000 | |
| INDICATED VALUE BY COST APPROACH | | = $ | 417,052 | |

Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation for HUD, VA and FmHA, the estimated remaining economic life of the property): Most cost figures taken from Marshall & Swift Cost Handbook, interviews with local contractors and appraiser's past personal experience. Plans and permits costs are figured into the building base cost. The land-to-value ratio is typical for the area, acceptable to the market and consistent for all sales used for comparison. Land value was determined by abstraction. The subject property has suffered substantial damage attributed to flood and mold damages that were reflected as Functional Obsolescence in the Cost Approach, but reflected under the line-item Condition in Sales Grid.

## SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 140 College Rd Watsonville | 263 Lakeview Rd Watsonville, CA 95076 | | 44 College Rd Watsonville, CA 95076 | | 25 Parkwood Dr Watsonville, CA 95076 | |
| Proximity to Subject | | 0.26 miles SE | | 0.33 miles W | | 0.08 miles SE | |
| Sales Price | $ 0 | $ | 480,000 | $ | 479,000 | $ | 495,000 |
| Price/Gross Living Area | $ | $ 366.13 | | $ 442.29 | | $ 438.44 | |
| Data and/or | Inspect, ReilMLS | ML81678265;DOM: 5 | | ML81678265;DOM: 11 | | ML81650085;DOM: 54 | |
| Verification Source | RealQuest | Doc# 39445 | | Agent: 831-588-1588 | | Doc# 25870 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +( )$ Adjust. | DESCRIPTION | +( )$ Adjust. | DESCRIPTION | +( )$ Adjust. |
| Sales or Financing Concessions | | Armlth Cash;0 | | Armlth FHA;0 | -5,000 | Armlth FHA;0 | -5,000 |
| Date of Sale/Time | | COE:11/17 | +10,000 | COE:03/18 | | COE:08/17 | +25,750 |
| Location | Resid./Traffic | Sl. Superior | -20,000 | Similar | | Sl. Superior | -20,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 6,403 sf | 8,146 sf | -8,500 | 12,371 sf | -30,000 | 5,968 sf | +2,000 |
| View | Residential | Similar | | Similar | | Similar | |
| Design and Appeal | Ranch | Similar | | Similar | | Similar | |
| Quality of Construction | Average | Similar | | Similar | | Sl. Super.($10/sf) | -11,500 |
| Age | A59/E35 | A40/E35 | | A68/E25 | -40,000 | A54/E20 | -40,000 |
| Condition | Def. Maint. | Sl. Superior | -20,000 | Superior | -50,000 | Superior | -50,000 |
| Above Grade | Total  Bdrms  Baths | Total  Bdrms  Baths | | Total  Bdrms  Baths | +25,000 | Total  Bdrms  Baths | |
| Room Count | 5  3  2.0 | 5  3  2.0 | | 4  2  1.0 | +20,000 | 5  3  1.0 | +20,000 |
| Gross Living Area | 1,082 Sq. Ft. | 1,311 Sq. Ft. | -22,900 | 1,083 Sq. Ft. | | 1,129 Sq. Ft. | |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | N/A | N/A | | N/A | | N/A | |
| Functional Utility | Average | Similar | | Inferior | +20,000 | Sl. Inferior | -10,000 |
| Heating/Cooling | FAU/None | FAU/None | | Wall/None | +2,500 | Wall/None | +2,500 |
| Energy Efficient Items | Partial/Unknown | Similar | | Similar | | Similar | |
| Garage/Carport | 2-C Garage | 2-C Garage | | 2-C Garage | | 2-C Garage | |
| Porch, Patio, Deck, | Patio | Patio | | Patio | | Patio | |
| Fireplace(s), etc. | 1-FP | 1-FP | | 1-FP | | None | +5,000 |
| Fence, Pool, etc. | Fence | Similar | | Similar | | Similar | |
| Net Adj. (total) | | + ☒ - | -61,400 | + ☒ - | -57,500 | + ☒ - | -81,250 |
| Adjusted Sales Price of Comparable | | | 418,600 | | 421,500 | | 413,750 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): Search Parameters for the subject property included all single family residences in market area 54 of Watsonville. Dissimilarities between the subject and the comparables were identified and adjustments were based on matched-paired analysis of the comparable sales, as the subject property and market data permitted. Site size adjustments were estimated at $5/sf and rounded; room counts were estimated at $25,000 per bedroom and $20,000 per full bath, plus an allowance for Functional Utility. GLA was adjusted at $100/sf. Deferred maintenance is discussed in attached addendum comments and were reflected in the Sales Comparison grid under the line-item "Conditon". See attached addendum...

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data | No Prior Sale | No Prior Sale | No Prior Sale | No Prior Sale |
| Source, for prior sales | Past 36 months | Past 12 months | Past 12 months | Past 12 months |
| within year of appraisal | Per RealQuest | Per RealQuest | Per RealQuest | Per RealQuest |

Analysis of any current agreement of sale, option, or listing of subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: This is an as-is appraisal of the subject property as of 03/03/2018, photographs, notes and measurements were taken on that date. There was no current listing or contract to analyze. The last sale was in 1996.

| | | | | |
|---|---|---|---|---|
| INDICATED VALUE BY SALES COMPARISON APPROACH | | | $ | 415,000 |
| INDICATED VALUE BY INCOME APPROACH (if Applicable)  Estimated Market Rent $ | /Mo. x Gross Rent Multiplier | = | $ | N/A |

## RECONCILIATION

This appraisal is made ☒ "as is" ☐ subject to the repairs, alterations, inspections or conditions listed below ☐ subject to completion per plans & specifications.

Conditions of Appraisal: This is an "as is" appraisal meaning the valuation date and the inspection dates were the same day. Note: Subject photos are dated 02/01/2008; that was a camera error, photos where taken on 03/03/2018 at the inspection.

Final Reconciliation: The sales comparison approach was considered the most relevant approach to value, even though there were no *directly* comparable sales (i.e. none with the same amount of flood and mold related damages), but there was, otherwise, reasonably good market data.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/FNMA Form 1004B (Revised  June 1993 ).

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF 03/03/2018 (WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $ 415,000

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): | | |
|---|---|---|---|
| Signature | Signature | ☐ Did | ☐ Did Not |
| Name  Frank O. May, MAI, SRA, ASA | Name | Inspect Property | |
| Date Report Signed  03/20/2018 | Date Report Signed | | |
| State Certification #  AG002051  State  CA | State Certification # | State | |
| Or State License #  State | State License # | State | |

These recent sales of properties are most similar and proximate to subject and have been considered in the market analysis. The description includes a dollar adjustment, reflecting market reaction to those items of significant variation between the subject and comparable properties. If a significant item in the comparable property is superior to, or more favorable than, the subject property, a minus (-) adjustment is made, thus reducing the indicated value of the subject. If a significant item in the comparable is inferior to, or less favorable than, the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject.

| ITEM | SUBJECT | COMPARABLE NO. 4 | | COMPARABLE NO. 5 | | COMPARABLE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 140 College Rd Watsonville | 87 Beverly Dr Watsonville, CA 95076 | | 241 Lakeview Rd Watsonville, CA 95076 | | 27 Memorial Ave Freedom, CA 95019 | |
| Proximity to Subject | | 0.40 miles W | | 0.33 miles S | | 2.66 miles W | |
| Sales Price | $ 0 | | $ 568,000 | | $ 535,000 | | $ 375,000 |
| Price/Gross Living Area | $ | $ 403.12 | | $ 379.70 | | $ 450.18 | |
| Data and/or Verification Sources | Inspect, ReilMLS RealQuest | ML81679919;DOM: 32 Doc# 2368 | | ML81655675;DOM: 104 Doc# 41021 | | ML81635224;DOM: 9 Doc# 26272 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. |
| Sales or Financing Concessions | | ArmLth FHA;0 | -5,000 | ArmLth FHA;0 | -5,000 | ArmLth Conv;0 | |
| Date of Sale/Time | | COE: 01/18 | +8,000 | COE: 11/17 | +12,000 | COE: 08/17 | +18,500 |
| Location | Resid./Traffic | Sl. Superior | -20,000 | Sl. Superior | -20,000 | Similar | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 6,403 sf | 6,752 sf | -1,500 | 8,146 sf | -8,500 | 7,275 sf | -4,500 |
| View | Residential | Similar | | Similar | | Similar | |
| Design and Appeal | Ranch | Similar | | Similar | | Similar | |
| Quality of Construction | Average | Similar | | Similar | | Similar | |
| Age | A59/E35 | A61/E25 | -40,000 | A48/E30 | -20,000 | A70/E35 | |
| Condition | Def. Maint. | Superior | -50,000 | Superior | -50,000 | Sl. Superior | -20,000 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | +25,000 | Total Bdrms Baths | | Total Bdrms Baths | +25,000 |
| Room Count | 5 3 2.0 | 5 3 2.0 | | 5 3 2.0 | | 4 2 1.0 | +20,000 |
| Gross Living Area | 1,082 Sq. Ft. | 1,409 Sq. Ft. | -32,700 | 1,409 Sq. Ft. | -32,700 | 833 Sq. Ft. | +24,900 |
| Basement & Finished Rooms Below Grade | 0sf N/A | 0sf N/A | | 0sf N/A | | 0sf N/A | |
| Functional Utility | Average | Similar | | Similar | | Inferior | -20,000 |
| Heating/Cooling | FAU/None | FAU/None | | FAU/None | | Wall/None | +2,500 |
| Energy Efficient Items | Partial/Unknown | Similar | | Similar | | Similar | |
| Garage/Carport | 2-C Garage | 2-C Garage | | 2-C Garage | | 2-C Garage | |
| Porch, Patio, Deck, Fireplace(s), etc. | Patio 1-FP | Patio 1-FP | | Patio None | +5,000 | Patio None | +5,000 |
| Fence, Pool, etc. | Fence | Similar | | Similar | | Similar | |
| Net Adj. (total) | | ☐ + ☒ - $ | -141,200 | ☐ + ☒ - $ | -119,200 | ☒ + ☐ - $ | 51,400 |
| Adjusted Sales Price of Comparable | | $ 426,800 | | $ 415,800 | | $ 426,400 | |
| Date, Price and Data Source for prior sales within year of appraisal | No Prior Sale Past 36 months Per RealQuest | No Prior Sale Past 12 months Per RealQuest | | No Prior Sale Past 12 months Per RealQuest | | No Prior Sale Past 12 months Per RealQuest | |

Comments: Comparables Four, Five and Six were provided as additional support. Adjustments were based on matched-paired comparisons of comparable sales, within the scope of the assignment and the confines of the subject property and surrounding homes.

The results were analyzed and the properties which were the most comparable to the subject were selected. The selling information was verified with County records. Dissimilarities between the subject and the comparables were identified, and the appropriate adjustments were based on matched-paired comparisons of comparable sales within the scope of the assignment and the confines of the subject property and surrounding homes

Adjustments were consistently applied to all comparables, upward and downward, which is the major reason why additional market data was offered in this appraisal; that is, to help insure a reasonably good supply of upward and downward adjustments to minimize any bias that may exist in an otherwise very judgmental process. The adjustments were tied to either a dollar value per square foot of the residence, a dollar value per square foot difference in the site; a dollar value for every year difference in the effective age; a cost-to-cure or cost-to-reproduce; or a straight matched-paired allowance. Site adjustments were based on the size, slope and utility of each individual site relative to the subject site and land was adjusted at $5.00/sf and rounded. Some of the more judgmental adjustments were based on a percentage of the sales price. These adjustments were the culmination of a comparison process that seemed to best show how the market reacted to different amenities and they resulted in a narrowing of the range between indicated adjusted values. Each amenity was considered together with all the other factors of that property.

In all cases, the adjustments were an attempt to mirror actual market behavior for that specific property. If you have any questions regarding this assignment or the adjustments and analysis, please call the appraiser immediately.

Form UA2.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

| Borrower | RIVERA RICHARD JR/GONZALES-RIVERA JULIE | | | | |
|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender | Client: Julie & Richard Rivera | | | | |

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report         This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report       This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:     90 days or less if competently

priced, exposed and marketed.  Exposure time was based on comparable sales market data and exposure periods (i.e. days on market, or DOM).  Exposure culminates on the sale date of each property used for comparison, which means the market value of the subject residence, as of 03/03/2018 was based on an exposure of the subject 90 days *prior* to the valuation date.

**Additional Certifications**

I certify that, to the best of my knowledge and belief:

☒ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the

    three-year period immediately preceding acceptance of this assignment.

☐ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year

    period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no  personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).
--- I have NOT knowingly performed services, as an appraiser or in any other capacity, for the owners of the subject property within the three-year period immediately preceding acceptance of this assignment.

**Additional Comments**

**APPRAISER:**

Signature:

Name: Frank O. May, MAI, SRA, ASA

Date Signed: 03/20/2018

State Certification #: AG002051

or State License #:

State: CA

Expiration Date of Certification or License: 06/02/2018

**SUPERVISORY APPRAISER: (only if required)**

Signature:

Name:

Date Signed:

State Certification #:

or State License #:

State:

Expiration Date of Certification or License:

Inspection of Subject:   ☐ Did Not   ☐ Exterior-only from Street   ☐ Interior and Exterior

Case 18-50604   Doc# 44-4   Filed: 07/16/18   Entered: 07/16/18 13:39:59   Page 6 of 28

# Supplemental Addendum

| Owner | RIVERA RICHARD JR/GONZALES-RIVERA JULIE | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender/Client | Julie & Richard Rivera | | | | | | |

## EXTENDED COMMENTS

**LEGAL DESCRIPTION**
No legal description was made available to the appraiser. The subject property was identified using the street address and a corresponding Assessor's Parcel Number and Map to identify the property and was presumed to be correct.

**SITE**
There were no engineers, surveyors, geologists or other experts used in conjunction with this assignment. The actual location of the subject property was determined by the address, not the legal description, and the appraiser does not have the expertise to determine if the legal description is, in fact, an accurate portrayal of the property rights appraised without the assistance of a land surveyor or engineer. The Assessor's Map was presumed to be an accurate portrayal of the subject site and was used as the primary reference, aside from the property address. Again, without a surveyor, there was no way to determine the actual location of boundaries and property lines. They were presumed to be were indicated by roads, pole-lines, buildings, and fences.

Zoning and general plan information was also taken from Public Records and/or local Government agencies; although those sources were presumed to be correct, no responsibility can be accepted by the appraiser for incorrect data received from government workers over the telephone. The cost and timing involved to obtain a written determination was not possible given scope of this assignment. No land use consultants were used and the appraiser is not a land use consultant or planner.

No special study zone maps were relied on, including the Alquist-Priolo Special Study Zone Map. We consulted local planning maps and FEMA flood maps; discussed the subject site with planning department officials, but cannot accept any responsibility for any special study zones affecting the subject site.

There appears to be a significant adverse condition affecting the subject site and the home situated upon the site. There were no sales that had similar damage as the subject that I could locate using the MLS or other market participants. Further, there were no sales that I could locate that were subject to flooding to the extent of the subject property. The FEMA flood map does not reflect the real "flood problem" impacting the subject property, which is, the drainage from College Road and North.

The County may have some responsibility, but the damage has been done and the burden seems to be on the property owner to make any repairs, at least at the present time.

**COMMENTS ON SALES COMPARISON**
All adjustments attempted to reflect contributory positive or negative value of the difference in various amenities, relative to the subject residence. To the extent market data allowed, the adjustments were based on matched-paired analysis of market data, however, there were no sold homes in the area that had water and/or mold damages to the extent of the subject residence. The overall impact of the damages on the subject's market value is:1.) it is not possible to get a conventional bank loan to purchase the home, so all the potential buyers that were not paying cash were removed from the Demand equation; 2.) the solution needs to also deal with the cause of the flood damages, which appears to be the drainage issue caused by the home being slightly below the grade to the road. That repair involves very costly repairs, such as "French Drains," grading, possibly even raising the foundation, plus dealing with City and County Governments regarding road levels.

The overall impact on the subject residence's marketability and market value is so significant, in my opinion, that the home would not be marketed to the typical homeowner/buyer, but rather persons/entities that are entrepreneurs. They purchase damaged properties at greatly reduced prices, fix and/or repair the problems and sell the home at the normal market value of a completely renovated home that qualifies for conventional financing. That means the "as is" purchase price needs to be low enough to attract a cash buyer with the skills and resources to completely repair and renovate the home, plus provide an entrepreneurial return to the person taking the risk and spending the resources to fix the problems. The investment consists of cash and risk, because all of the problems are not completely known yet, which also means the extent of the repairs and the length of time to repair is still unknown.

Based on other "Projects" such as this one, the "Market Value" was estimated at the lower end of the indicated value range at around $415,000. Costs to repair the various problems was estimated at around $50,000 and the return of that cost means the home would need to sell for at least $500,000.

The source for market data was the local Multiple Listing Service (MLS) and sales were checked with at least one other source, either the agent or the Public Records, in most cases both sources, as well as the MLS were used to corroborate market data.

**CONDITIONS OF APPRAISAL**
This appraisal may be used by the person to whom the letter of transmittal is addressed and for its intended function, only. No other users or uses are permitted. The appraiser does not claim to be an expert in land use, construction, legal, engineering, surveying, or any other field of expertise beyond real estate market analysis and interpretation. The appraiser is not a home or environmental inspector. The appraiser provides an opinion of value. The appraisal does not guarantee that the property is free of defects or environmental problems. The appraiser performs an inspection of visible and accessible areas only. Mold may be present in areas the appraiser cannot see. A professional home inspection or environmental inspection is recommended. Any statements made in this report were used only for purposes of interpreting market behavior in an effort to estimate market value. If you have any questions please call the appraiser immediately upon receipt of this report.

Form TADD — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Case: 18-50604   Doc# 44-4   Filed: 07/16/18   Entered: 07/16/18 13:39:59   Page 7 of 28

# RealQuest Property Detail Report

| Owner | RIVERA RICHARD JR/GONZALES-RIVERA JULIE | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender/Client | Julie & Richard Rivera | | | | | | |

## Property Detail Report
**For Property Located At :**
**140 COLLEGE RD, WATSONVILLE, CA 95076-2309**

CoreLogic    RealQuest

### Owner Information
| | |
|---|---|
| Owner Name: | RIVERA RICHARD JR/GONZALES-RIVERA JULIE |
| Mailing Address: | 140 COLLEGE RD, WATSONVILLE CA 95076-2309 C012 |
| Vesting Codes: | HW / A / JT |

### Location Information
| | | | |
|---|---|---|---|
| Legal Description: | | | |
| County: | SANTA CRUZ, CA | APN: | 051-171-14-000 |
| Census Tract / Block: | 1225.00 / 3 | Alternate APN: | |
| Township-Range-Sect: | 11-2E-34 | Subdivision: | |
| Legal Book/Page: | | Map Reference: | / |
| Legal Lot: | | Tract #: | |
| Legal Block: | | School District: | PAJARO VLY |
| Market Area: | 54 | School District Name: | PAJARO VLY |
| Neighbor Code: | | Munic/Township: | PAJARO VALLEY |

### Owner Transfer Information
| | | | |
|---|---|---|---|
| Recording/Sale Date: | 06/21/2005 / 06/14/2005 | Deed Type: | GRANT DEED |
| Sale Price: | | 1st Mtg Document #: | 41379 |
| Document #: | 41378 | | |

### Last Market Sale Information
| | | | |
|---|---|---|---|
| Recording/Sale Date: | 04/08/1996 / | 1st Mtg Amount/Type: | / |
| Sale Price: | | 1st Mtg Int. Rate/Type: | / |
| Sale Type: | | 1st Mtg Document #: | |
| Document #: | 5826-186 | 2nd Mtg Amount/Type: | / |
| Deed Type: | GRANT DEED | 2nd Mtg Int. Rate/Type: | / |
| Transfer Document #: | | Price Per SqFt: | |
| New Construction: | | Multi/Split Sale: | |
| Title Company: | | | |
| Lender: | | | |
| Seller Name: | RIVERA JANICE | | |

### Prior Sale Information
| | | | |
|---|---|---|---|
| Prior Rec/Sale Date: | 04/02/1975 / | Prior Lender: | |
| Prior Sale Price: | | Prior 1st Mtg Amt/Type: | / |
| Prior Doc Number: | 2488-657 | Prior 1st Mtg Rate/Type: | / |
| Prior Deed Type: | DEED (REG) | | |

### Property Characteristics
| | | | | | |
|---|---|---|---|---|---|
| Gross Area: | 1,082 | Parking Type: | GARAGE | Construction: | |
| Living Area: | 1,082 | Garage Area: | 440 | Heat Type: | CENTRAL |
| Tot Adj Area: | | Garage Capacity: | | Exterior wall: | |
| Above Grade: | | Parking Spaces: | | Porch Type: | |
| Total Rooms: | 5 | Basement Area: | | Patio Type: | |
| Bedrooms: | 3 | Finish Bsmnt Area: | | Pool: | |
| Bath(F/H): | 2 / | Basement Type: | | Air Cond: | |
| Year Built / Eff: | 1959 / 1959 | Roof Type: | | Style: | |
| Fireplace: | / | Foundation: | | Quality: | |
| # of Stories: | | Roof Material: | COMPOSITION SHINGLE | Condition: | |
| Other Improvements: | Building Permit | | | | |

### Site Information
| | | | | | |
|---|---|---|---|---|---|
| Zoning: | R-1-6 | Acres: | 0.15 | County Use: | SINGLE FAMILY RESID (020) |
| Lot Area: | 6,403 | Lot Width/Depth: | x | State Use: | |
| Land Use: | SFR | Res/Comm Units: | / | Water Type: | PUBLIC |
| Site Influence: | | | | Sewer Type: | |

### Tax Information
| | | | | | |
|---|---|---|---|---|---|
| Total Value: | $66,326 | Assessed Year: | 2017 | Property Tax: | $1,740.88 |
| Land Value: | $20,034 | Improved %: | 70% | Tax Area: | 69253 |
| Improvement Value: | $46,292 | Tax Year: | 2017 | Tax Exemption: | |
| Total Taxable Value: | $66,326 | | | | |

Form MAP.PLAT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Subject Photo Page

| | |
|---|---|
| Owner | RIVERA RICHARD JR/GONZALES-RIVERA JULIE |
| Property Address | 140 College Rd |
| City | Watsonville — County Santa Cruz — State CA — Zip Code 95076 |
| Lender/Client | Julie & Richard Rivera |



### Subject Front

| | |
|---|---|
| 140 College Rd | |
| Sales Price | 0 |
| Gross Living Area | 1,082 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Resid./Traffic |
| View | Residential |
| Site | 6,403 sf |
| Quality | Average |
| Age | A59/E35 |

Note: Home sits slightly below grade with the road and water drains toward the home.



### Subject Rear

Approx. Water Level in Photo provided by owner.



### Subject Rear

Form PICPIX.SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Subject Photo Page

| | |
|---|---|
| Owner | RIVERA RICHARD JR/GONZALES-RIVERA JULIE |
| Property Address | 140 College Rd |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender/Client | Julie & Richard Rivera |



### Subject Yard

140 College Rd
| | |
|---|---|
| Sales Price | 0 |
| Gross Living Area | 1,082 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Resid./Traffic |
| View | Residential |
| Site | 6,403 sf |
| Quality | Average |
| Age | A59/E35 |



### Subject Street



### Subject Street

Form PICPIX.SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Subject Interior Photo Page

| Owner | RIVERA RICHARD JR/GONZALES-RIVERA JULIE | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender/Client | Julie & Richard Rivera | | | | | |



### Living Room

140 College Rd

| | |
|---|---|
| Sales Price | 0 |
| Gross Living Area | 1,082 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Resid./Traffic |
| View | Residential |
| Site | 6,403 sf |
| Quality | Average |
| Age | A59/E35 |

The date on the photograph was a camera malfunction.



### Living Room

White spray paint is mold treatment.

The date on the photograph was a camera malfunction.





### Kitchen

Form LPICPIX.DSS  LTIR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

| Owner | RIVERA RICHARD JR/GONZALES-RIVERA JULIE | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | |
| City | Watsonville | County | Santa Cruz | State CA | Zip Code | 95076 |
| Lender/Client | Julie & Richard Rivera | | | | | |



### Bedroom

140 College Rd
Sales Price                0
Gross Living Area    1,082
Total Rooms           5
Total Bedrooms      3
Total Bathrooms     2.0
Location                Resid./Traffic
View                    Residential
Site                      6,403 sf
Quality                 Average
Age                     A59/E35

Vertical lines on the wall are lines of mold that had been behind wainscoting.
The date on the photograph was a camera malfunction.



### Bedroom

The date on the photograph was a camera malfunction.



### Master Bedroom

Note: Mold treatment on wall at the right of the frame.

The date on the photograph was a camera malfunction.

# Subject Interior Photo Page

| | |
|---|---|
| Owner | RIVERA RICHARD JR/GONZALES-RIVERA JULIE |
| Property Address | 140 College Rd |
| City | Watsonville |
| Lender/Client | Julie & Richard Rivera |

County Santa Cruz　State CA　Zip Code 95076



### Master Bathroom

140 College Rd

| | |
|---|---|
| Sales Price | 0 |
| Gross Living Area | 1,082 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Resid./Traffic |
| View | Residential |
| Site | 6,403 sf |
| Quality | Average |
| Age | A59/E35 |

The date on the photograph was a camera malfunction.

### Bathroom

The date on the photograph was a camera malfunction.



### Mold/Damage

Mold in Master Bedroom

The date on the photograph was a camera malfunction.

Form LPICPIX.DSS  LTIR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Subject Interior Photo Page

| Owner | RIVERA RICHARD JR/GONZALES-RIVERA JULIE | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code 95076 |
| Lender/Client | Julie & Richard Rivera | | | | | |



### Mold/Damage

140 College Rd
Sales Price            0
Gross Living Area      1,082
Total Rooms            5
Total Bedrooms         3
Total Bathrooms        2.0
Location               Resid./Traffic
View                   Residential
Site                   6,403 sf
Quality                Average
Age                    A59/E35

The date on the photograph was a camera malfunction.



### Bedroom/Mold

The date on the photograph was a camera malfunction.



### Flooding

Photo provided by owner

The dark area to the right of the tile is runoff water from rains and roadway drainage. At the front porch it appears to be about 6" to 8" deep in this photo.

Form PICPIX.SI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Subject Damage Photos Provided by Owner

| | | | | | |
|---|---|---|---|---|---|
| Owner | RIVERA RICHARD JR/GONZALES-RIVERA JULIE | | | | |
| Property Address | 140 College Rd | | | | |
| City | Watsonville | County Santa Cruz | | State CA | Zip Code 95076 |
| Lender/Client | Julie & Richard Rivera | | | | |



### Flooding

| | |
|---|---|
| 140 College Rd | |
| Sales Price | 0 |
| Gross Living Area | 1,082 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Resid./Traffic |
| View | Residential |
| Site | 6,403 sf |
| Quality | Average |
| Age | A59/E35 |

Another view of front flooding



### Interior Water Damage

Rear yard flooding, sand bags used to block entrances to garage to no avail.



### Garage Water Damage

Water in garage was about 6" to 8" deep, causing rot and mold.

Form LPICPIX.DSS  LTIR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

| Owner | RIVERA RICHARD JR/GONZALES-RIVERA JULIE | | | | |
|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | |
| City | Watsonville | County Santa Cruz | | State CA | Zip Code 95076 |
| Lender/Client | Julie & Richard Rivera | | | | |



### Garage Water Damage

140 College Rd

| | |
|---|---|
| Sales Price | 0 |
| Gross Living Area | 1,082 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Resid./Traffic |
| View | Residential |
| Site | 6,403 sf |
| Quality | Average |
| Age | A59/E35 |

Same Photo as above.

### Garage Water Damage

Water damage caused by flooding appears to have been around 6" to 8" consistently.

### Garage Water Damage



Water damage caused by flooding appears to have been around 6" to 8" consistently.

Form LPICPIX.DSS  LTIR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Subject Damage Photos Provided by Owner

| | |
|---|---|
| Owner | RIVERA RICHARD JR/GONZALES-RIVERA JULIE |
| Property Address | 140 College Rd |
| City | Watsonville |
| Lender/Client | Julie & Richard Rivera |

County: Santa Cruz    State: CA    Zip Code: 95076



## Termites

140 College Rd
Sales Price            0
Gross Living Area      1,082
Total Rooms            5
Total Bedrooms         3
Total Bathrooms        2.0
Location               Resid./Traffic
View                   Residential
Site                   6,403 sf
Quality                Average
Age                    A59/E35



## Termites

I am not an expert in termite damages. I suggest a structural pest control report be obtained. The damages could be extensive and costly.



## Termites

Form LPICPIX.DSS  LTIR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Comparable Photo Page

| Owner | RIVERA RICHARD JR/GONZALES-RIVERA JULIE | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender/Client | Julie & Richard Rivera | | | | | | |



### Comparable 1

263 Lakeview Rd

| | |
|---|---|
| Prox. to Subject | 0.26 miles SE |
| Sale Price | 480,000 |
| Gross Living Area | 1,311 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Sl. Superior |
| View | Similar |
| Site | 8,146 sf |
| Quality | Similar |
| Age | A40/E35 |



### Comparable 2

44 College Rd

| | |
|---|---|
| Prox. to Subject | 0.33 miles W |
| Sale Price | 479,000 |
| Gross Living Area | 1,083 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.0 |
| Location | Similar |
| View | Similar |
| Site | 12,371 sf |
| Quality | Similar |
| Age | A68/E25 |



### Comparable 3

25 Parkwood Dr

| | |
|---|---|
| Prox. to Subject | 0.08 miles SE |
| Sale Price | 495,000 |
| Gross Living Area | 1,129 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | Sl. Superior |
| View | Similar |
| Site | 5,968 sf |
| Quality | Sl. Super.($10/sf) |
| Age | A54/E20 |

Form PICPIX.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Comparable Photo Page

| Owner | RIVERA RICHARD JR/GONZALES-RIVERA JULIE | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender/Client | Julie & Richard Rivera | | | | | | |



### Comparable 4

87 Beverly Dr
| | |
|---|---|
| Prox. to Subject | 0.40 miles W |
| Sale Price | 568,000 |
| Gross Living Area | 1,409 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Sl. Superior |
| View | Similar |
| Site | 6,752 sf |
| Quality | Similar |
| Age | A61/E25 |



### Comparable 5

241 Lakeview Rd
| | |
|---|---|
| Prox. to Subject | 0.33 miles S |
| Sale Price | 535,000 |
| Gross Living Area | 1,409 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Sl. Superior |
| View | Similar |
| Site | 8,146 sf |
| Quality | Similar |
| Age | A48/E30 |



### Comparable 6

27 Memorial Ave
| | |
|---|---|
| Prox. to Subject | 2.66 miles W |
| Sale Price | 375,000 |
| Gross Living Area | 833 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.0 |
| Location | Similar |
| View | Similar |
| Site | 7,275 sf |
| Quality | Similar |
| Age | A70/E35 |

Form PICPIX.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

| Owner | RIVERA RICHARD JR/GONZALES-RIVERA JULIE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 | |
| Lender/Client | Julie & Richard Rivera | | | | | | | |



| TOTAL Sketch by a la mode, inc. | | **Area Calculations Summary** | | |
|---|---|---|---|---|
| **Non-living Area** | | | | |
| First Floor | | 1069.25 Sq ft | 25.5 × 39.5 = | 1007.25 |
| | | | 4 × 15.5 = | 62 |
| 2 Car Attached | | 440 Sq ft | 20 × 22 = | 440 |

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Location Map

| Owner | RIVERA RICHARD JR/GONZALES-RIVERA JULIE | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender/Client | Julie & Richard Rivera | | | | | | |



Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Site Map

| Owner | RIVERA RICHARD JR/GONZALES-RIVERA JULIE | | | | |
|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | |
| City | Watsonville | County | Santa Cruz | State CA | Zip Code 95076 |
| Lender/Client | Julie & Richard Rivera | | | | |



Case: 18-50604    Doc# 44-4    Filed: 07/16/18    Entered: 07/16/18 13:39:59    Page 22 of 28

around 6" to 8" consistently.

# Flood Map

| Owner | RIVERA RICHARD JR/GONZALES-RIVERA JULIE | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | | |
| City | Watsonville | County | Santa Cruz | | State | CA | Zip Code | 95076 |
| Lender/Client | Julie & Richard Rivera | | | | | | |

3/3/2018        RealQuest ® - Report

## Flood Map Report
For Property Located At



### 140 COLLEGE RD, WATSONVILLE, CA 95076-2309
Report Date: 03/03/2018

County: SANTA CRUZ, CA

| Flood Zone Code | Flood Zone Panel | Panel Date |
|---|---|---|
| AE | 060353 - 06087C0411E | 05/16/2012 |
| Special Flood Hazard Area (SFHA) | Within 250 ft. of multiple flood zones? | Community Name |
| In | Yes (X,AE,A) | SANTA CRUZ COUNTY |

Flood Zone Description:
**Zone AE-An area inundated by 100-year flooding**



**Disclaimer of Use**

This map/report was produced using multiple sources. It is provided for informational purposes only. This map/report should not be relied upon by any third parties. It is not intended to satisfy any regulatory guidelines and should not be used for this or any other purpose.

http://pro.realquest.com/jsp/report.jsp?&client=&action=confirm&type=getreport&recordno=0&reportoptions=0&1520113539761&1520113539763    8/8

Case: 18-50604   Doc# 44-4   Filed: 07/16/18   Entered: 07/16/18 13:39:59   Page 23 of 28

# Aerial View

| Owner | RIVERA RICHARD JR/GONZALES-RIVERA JULIE | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender/Client | Julie & Richard Rivera | | | | | | |



Form MAP.AERIAL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Aerial View Close Up

| Owner | RIVERA RICHARD JR/GONZALES-RIVERA JULIE | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender/Client | Julie & Richard Rivera | | | | | | |



Form MAP.AERIAL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## FIRREA / USPAP ADDENDUM

| | | |
|---|---|---|
| Owner | RIVERA RICHARD JR/GONZALES-RIVERA JULIE | File No. 18-0058 |
| Property Address | 140 College Rd | |
| City | Watsonville | County Santa Cruz | State CA | Zip Code 95076 |
| Lender/Client | Julie & Richard Rivera | |

### Purpose

The purpose of the appraisal was to provide an opinion of the subject property's market value, as defined elsewhere in this report. The function of the appraisal report was to provide assistance with asset management.

### Scope of Work

At the clients request, and with full knowledge and understanding of the appraisal process prior to ordering the appraisal, the undersigned appraiser inspected the subject property in a manner consistent with typical residential appraisal assignments. That is to say, the appraisers not an expert in home inspection, termite or other organisms, environmental damage or contamination, roofing or construction, or any type of structural engineering. The appraiser is also not an expert in legal matters or land use issues. That being stated, the appraiser viewed the subject's interior and exterior, in this particular case, compiled data about the subject's region and immediate neighborhood, the local real estate market as it pertains to the subject property, and any other general and specific data deemed pertinent by the appraiser for the assignment. The data was then analyzed and reconciled into a value opinion that was summarized into a form report.

### Intended Use / Intended User

Intended Use:     The intended use of this report was to assist with asset management.

Intended User(s):     This report  complies with the Uniform Standards of Professional Appraisal Practices (USPAP). The intended user is the person named in the letter of transmittal, only.  No one other than that person or entity may rely on this appraisal for any reason without express written permission of the appraiser.

### History of Property

Current listing information:     The subject property has not been listed on the local Multiple listing service for at least a one year period. I have no way of knowing if it has been offered for sale by owner, but there was no indication of that.

Prior sale:     The subject property has not closed escrow within three years of the effective date of this appraisal.

### Exposure Time / Marketing Time

Marketing time and exposure time are not the same.  For purposes of this valuation, exposure time was estimated at 90 days or less, based on comparable sales data, if the property had been competently marketed.

### Personal (non-realty) Transfers

This appraisal included no personal property in the opinion of market value.

### Additional Comments

Readers of this report should also keep in mind that the appraiser is not an expert in areas of construction, structural, soils or other types of engineering, termite or pest infestation, roofing, soils or hydrology, forestry, landscaping, surveying, civil engineering, land use or planning, environmental or legal matters. The appraiser's job is to estimate market value based on the assumption that there were no issues another expert might discover that would be atypical for the market and, therefore, impact marketability or market value. No other experts were consulted in the process of estimating the subject's market value. If you have any questions about the appraisers very narrow limit of expertise or about this report, contact the appraiser before relying on this report.

There was a highest and best use determination made and summarized in the report. The assignment was done in a manner consistent with the Uniform Standards of Professional Appraisal Practice. (USPAP).

This report is not to be misconstrued as any of the following: a feasibility report, a highest and best use study, a land use determination, a home inspection report, any type of legal determination, any type of report commenting on quality and condition of actual construction integrity, any type of engineering report, or any type of report or determination that addresses anything beyond the scope of market data analysis or interpretation.

### Certification Supplement

1.  This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or an approval of a loan.

2.  My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result or the occurrence of a subsequent event.

3. If there are any discrepancies between pre-printed comments and comments that have been manually entered by the appraiser, the manually entered comments are presumed to be more correct. This especially targets comments that restrict the appraiser's latitude with the use  assistants. Contact the appraiser if you have any questions.

4. This report was signed with a password-protected digital signature.

| | | |
|---|---|---|
| Appraiser: | Frank O. May, MAI, SRA, ASA | Supervisory Appraiser: |
| Signed Date: | 03/20/2018 | Signed Date: |
| Certification or License #: | AG002051 | Certification or License #: |
| | CA    Expires 06/02/2018 | Certification or License State: ___ Expires: ___ |
| Effective Date of Appraisal: | 03/03/2018 | Inspection of Subject: ☑ Did Not ☐ Exterior-Only ☐ Interior and Exterior |

Form FUA_LG2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

| Owner | RIVERA RICHARD JR/GONZALES-RIVERA JULIE | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender/Client | Julie & Richard Rivera | | | | | | |

## ABOUT THE APPRAISER

***Frank O. May, MAI, SRA, ASA***, has worked full time as an appraiser in both public and private sectors for over 35 years. He is a Certified General Appraiser (#AG002051) and a Real Estate Broker (CalBRE#00555044).

**Real Estate Work Experience**
1986- Present:  Frank O. May and Associates, Owner, Senior Appraiser
1985-1998:  Cabrillo College, Instructor, taught Real Estate Appraisal and economics courses.
1985-1986:  Paul D. Miller and Associates, Inc. Appraiser: Appraised commercial, industrial and special purpose.
1983-1985:  Gilbeau-Hulberg Associates, Inc. Appraiser; Appraised residential properties and subdivisions.
1982-1983:  Associated Appraisers, Appraiser.  Appraised residential and mixed use properties throughout SF Bay Area..
1979-1982:  College of the Redwoods, Instructor  Taught entire real estate and economics curriculum.
1979-1982:  County of Del Norte (CA), Department of Public Works.  Real Property Agent

**General Formal Education**
1979  B.A.  Economics  Humboldt State University, Arcata, CA
1976  A.A.  Real Estate  College of the Redwoods, Eureka, CA

**Real Estate Specific Education**
In addition to real estate specific courses at the College and University level, Frank May has completed over 550 hours of real estate appraisal-specific courses offered through private institutions.  A list of those courses are available upon request.

**Real Estate and Appraisal Membership, Licenses and Designations**
Frank O. May has earned the MAI and SRA designations with the Appraisal Institute and the ASA designation (Accredited Senior Appraiser, Real Property- Urban) with the American Society of Appraisers.  He is also a member of the National Association of REALTORS, the California Association of REALTORS, and the Santa Cruz County Association of REALTORS.

**General Information**
He has testified as an expert witness in real estate valuation in the Superior Courts of Santa Cruz, Santa Clara, Monterey, San Benito and Orange Counties; as well as Federal Bankruptcy Court.

He is an active Broker, Property Manager and Real Estate Instructor.  He has also arbitrated real estate disputes as a Panel Member for the American Arbitration Association, been an acquisition agent for government and quasi-government agencies, been appointed Special Master by the local Superior Court to resolve real estate disputes, been hired by more than 75 attorneys and testified more than an estimated 50 times in court.

**Publications and participation**
1995  *The Appraisal Journal* (Authored article: "Valuation, Full Disclosure and Discrimination")
1997  Authored articles for the American Society of Appraisers that were published in Newspapers nationwide.
2002-2005  Review Board Member, *The Appraisal Journal*
2003- 2006  International Real Property Committee, American Society of Appraisers
2006- 2015 Member, Board of Directors, Santa Cruz County Association of REALTORS
2014- 2016 Member, Santa Cruz County Assessment Appeals Board

***Partial*** **Client List**
American River Bank   Axis Appraisal Management Company   Bank of America   California Department of Transportation (CalTrans)  Citizen Utility Company of California   City of Capitola   Comerica Bank   Elkhorn Slough Foundation   FHLMC ("Freddie Mac")  First American Title Company   Monterey City and County   The Nature Conservancy   Navy Federal Credit Union   Norwest Bank   Pajaro Valley Water Management Agency   Property Sciences Appraisal Management   PCV Murcor Appraisal Management   San Benito County and Councile of Governments ("COG")   San Francisco Police Credit Union   San Lorenzo Valley Water District   Santa Cruz County and City    Six Rivers National Bank   U.S. Department of Justice  U.S. Secret Service   University of California   Union Bank of California   Wells Fargo Bank

Along with many other appraisal management companies, lenders, accountants, attorneys, corporations, and agencies.

| Owner | RIVERA RICHARD JR/GONZALES-RIVERA JULIE | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender/Client | Julie & Richard Rivera | | | | | |

FRANK O. MAY,  MAI, SRA, ASA
STATE (CA) CERTIFIED GENERAL APPRAISER
CalBREA LICENSE #AG002051



Form MAP.PLAT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE