# EXHIBIT "C"

Prepared By: Janice Smith
PNC Bank National Association, successor by merger to National City Bank
6750 Miller Road,
Brecksville, OH 44141

**WHEN RECORDED RETURN TO:**
Richmond Monroe Group
PO BOX 458
Kimberling City, MO 65686

REDACTED



2015-0019767 05/21/2015 09:00:07 AM
OFFICIAL RECORDS OF Santa Cruz County
Sean Saldavia Recorder
RECORDING FEE: $18.00
COUNTY TAX: $0.00
CITY TAX: $0.00



ADTR
1 PG
RCD132

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION**, the sufficiency of which is hereby acknowledged, **PNC Bank National Association, successor by merger to National City Bank, 6750 Miller Road Brecksville, OH 44141** ("Assignor") hereby assigns and transfers to **US Mortgage Resolution LLC, WHOSE ADDRESS IS: 2701 Renaissance Blvd, 4th Fl, King of Prussia, PA 19406** ("Assignee"), without recourse, representation, warranty or guaranty, express or implied, of any kind or nature, all of Assignor's rights, title and interest in and to that certain Mortgage or Deed of Trust:

Executed by: **Richard Rivera Jr and Julie Gonzales-Rivera, Husband and Wife**
Recorded on: **7/24/2007**      Mortgage Amount: **$ 200300.00**
In the Recorder's Office of: **Santa Cruz, California**
Instrument #: **2007-0040344**      Book: **N/A**      Page(s): **N/A**
Property Address: **140 College Rd, Watsonville, CA 95076**


Date: 3/19/2015
PNC Bank National Association, successor by merger to National City Bank

Signature: *[signature]*
Stephanie Kibler, Assistant Vice President


### ACKNOWLEDGMENT

STATE OF OHIO             )
                          ) SS:
COUNTY OF CUYAHOGA        )

On the **19th** day of **March** in the year **2015**, before me, the Undersigned, a Notary Public for the said County and State, personally appeared **Stephanie Kibler** respectively of **PNC Bank National Association, successor by merger to National City Bank**. Personally known to me or proved to me on the basis of satisfactory evidence to be the Individual(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that they are **Assistant Vice President** that he/she/they executed the same in his/her/their capacity(ies),and that by his/her/their signature(s) on the instrument,the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

*[signature]*
Notary: Angela M. Subin
My Commission Expires: Sept 21, 2019

