# EXHIBIT "D"

Recording Requested By:
RICHMOND MONROE GROUP, INC

When Recorded Return To:
Tara
RICHMOND MONROE GROUP
PO BOX 458
KIMBERLING CITY, MO 65686

Aspen G, LLC



2015-0019783 05/21/2015 09:10:11 AM
OFFICIAL RECORDS OF Santa Cruz County
Sean Saldavia Recorder
RECORDING FEE: $18.00
COUNTY TAX: $0.00
CITY TAX: $0.00

ADTR
1 PC
RCD132

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Santa Cruz, California   REFERENCE #: REDACTED   "RIVERA JR"
INVESTOR #:

For Value Received, US MORTGAGE RESOLUTION, LLC at 150 S. WARNER ROAD, SUITE 220, KING OF PRUSSIA, PA 19406 hereby grants, assigns and transfers to TRINITY FINANCIAL SERVICES LLC. at 2618 SAN MIGUEL DR, SUITE 303, NEWPORT BEACH, CA 92660 all beneficial interest under that certain Deed of Trust dated 07/16/2007, in the amount of $200,300.00, executed by RICHARD RIVERA JR AND JULIE GONZALEZ-RIVERA HUSBAND & WIFE to NATIONAL CITY BANK and Recorded: 07/24/2007 as Instrument No.: 2007-0040344 in Santa Cruz County, State of California and all rights accrued or to accrue under said Deed of Trust.

In witness whereof this instrument is executed

US MORTGAGE RESOLUTION, LLC
On  4/21

_____
Thomas D. Dunkel, Managing Member

STATE OF PENNSYLVANIA
COUNTY OF MONTGOMERY

On 04/21/2015, before me, Trevor DeHaas, a Notary Public in and for MONTGOMERY in the State of PENNSYLVANIA, personally appeared Thomas D. Dunkel, Managing Member, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

Trevor DeHaas
Trevor DeHaas
Notary Expires: 9/23/2017
(This area for notarial seal)

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
TREVOR DEHAAS
Notary Public
UPPER MERION TWP; MONTGOMERY COUNTY
My Commission Expires Sep 23, 2017

REDACTED