# EXHIBIT "E"

Recording Requested By:
RICHMOND MONROE GROUP, INC

When Recorded Return To:
Tara
RICHMOND MONROE GROUP
PO BOX 458
KIMBERLING CITY, MO 65686

Aspen G, LLC



2015-0019761 05/21/2015 08:56:18 AM
OFFICIAL RECORDS OF Santa Cruz County
Sean Saldavia Recorder
RECORDING FEE: $18.00
COUNTY TAX: $0.00
CITY TAX: $0.00



ADTR
1 PG
RCD132

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Santa Cruz, California  REFERENCE #:REDACTED   .IVERA"
INVESTOR #:

For Value Received, TRINITY FINANCIAL SERVICES, LLC at 2618 SAN MIGUEL DR., SUITE 303, NEWPORT BEACH, CA 92660 hereby grants, assigns and transfers to ASPEN G, LLC at 705-B SE MELODY LN #306, LEE'S SUMMIT, MO 64063 all beneficial interest under that certain Deed of Trust dated 07/16/2007, in the amount of $200,300.00, executed by RICHARD RIVERA JR AND JULIE GONZALES-RIVERA HUSBAND AND WIFE to NATIONAL CITY BANK and Recorded: 07/24/2007 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 2007-0040344 in Santa Cruz County, State of California and all rights accrued or to accrue under said Deed of Trust.

In witness whereof this instrument is executed.

TRINITY FINANCIAL SERVICES, LLC
On January 16th, 2015

Rhonda Campbell, Assistant Vice President

STATE OF MISSOURI
COUNTY OF STONE

On January 16th, 2015, before me, PAIGE MARTIN, a Notary Public in and for STONE in the State of MISSOURI, personally appeared Rhonda Campbell, Assistant Vice President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Paige Martin
PAIGE MARTIN
Notary Expires: 03/31/2018 #14599614
(This area for notarial seal)

PAIGE MARTIN
My Commission Expires
March 31, 2018
Stone County
Commission #14599614

REDACTED