Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Kristin A. Zilberstein (SBN 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottilaw.com

Attorney for Creditor
Aspen G LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 18-50604 |
| Richard John Rivera, Jr., and Julie Gonzales-Rivera, | CHAPTER 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1

Case: 18-50604    Doc# 47-8    Filed: 08/02/18    Entered: 08/02/18 16:38:07    Page 1 of 2
CERT. OF SERVICE

On August 2, 2018 I served the following documents described as:

- **OPPOSITION OF ASPEN G LLC TO DEBTORS' MOTION TO VALUE REAL PROPERTY, TREAT CLAIM AS UNSECURED AND AVOID JUNIOR LIEN OF ASPEN G LLC**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| | |
|---|---|
| **Debtor**<br>Richard John Rivera, Jr.<br>140 College Rd.<br>Watsonville, CA 95076 | **Chapter 13 Trustee**<br>Devin Derham-Burk<br>P.O. Box 50013<br>San Jose, CA 95150-0013 |
| **Joint Debtor**<br>Julie Gonzales-Rivera<br>140 College Rd.<br>Watsonville, CA 95076 | **U.S. Trustee**<br>Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| **Debtor's Counsel**<br>Paul Seabrook<br>Seabrook Law Offices<br>2055 Junction Ave. #138<br>San Jose, CA 95131 | |

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on August 2, 2018 at Santa Ana, California

/s / *Jeremy Romero*
Jeremy Romero

2

Case: 18-50604    Doc# 47-8    Filed: 08/02/18    Entered: 08/02/18 16:38:07    Page 2 of 2