Aaron Lipton
Law Offices of Aaron Lipton
7960 B Soquel Drive, no. 156
Aptos, CA 95003
Tel: 831-687-8711
Fax: 831-612-6275
aaron@lipton-legal.com

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re: | Case No.: 18-50604 |
|---|---|
| RIVERA, Richard John, Jr. | |
| and | Chapter 13 |
| GONZALES-RIVERA, Julie | |
| Debtors | SUBSTITUTION OF ATTORNEY |

Please take notice that the Debtors Richard John Rivera, Jr. and Julie Gonzales-Rivera, substitute Aaron Lipton, of the Law Offices of Aaron Lipton, 7960 B Soquel Drive, No. 156, Aptos, CA 95003 in place of his previous counsel, Paul Seabrook, of Seabrook Law Offices of 2055 Junction Ave #138, San Jose, CA 95131.

Date: 8-16-18

Richard John Rivera, Jr.

Date: 16 Aug 18

Julie Gonzales-Rivera

I accept this substitution:

Date: 8/17/18

Paul Seabrook, Attorney

Date: 8/16/18

Aaron Lipton, Attorney

SUBSTITUTION OF ATTORNEY - 1