Kristin Zilberstein, Esq. (200041)
Jennifer R. Bergh, Esq. (305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
kzilberstein@ghidottilaw.com

Attorneys for Secured Creditor
Aspen G LLC, its successors and assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

In re:

Richard John Rivera, Jr., and Julie Gonzales-Rivera

Debtors.

Case No.: 18-50604

CHAPTER 13

**DECLARATION OF APPRAISER**

Honorable M. Elaine Hammond

I, Kathy Dotson, declare as follows:

I am a certified real estate appraiser, California License No.: AR038124 and I have been licensed by the State of California continuously since 08/25/2005. I have conducted numerous single family residential real property appraisals in the area where the subject property is located. A true and correct copy of my Professional Resume detailing my experience is attached hereto as Exhibit "1" and is incorporated herein by reference. I have personal knowledge of the matters set forth in this declaration, or I have gained knowledge of them from sources and documents which I normally use to conduct and draft appraisals. As to

DECLARATION OF APPRAISER

the statements made upon information and belief, I believe them to be true. I could and would testify competently to the matters set forth herein if called upon to do so, and with mutual consent. I am over the age of 18.

In or about September of 2018 on behalf of secured creditor Aspen G LLC, its successors and assigns, I was hired to prepare an appraisal of the single family residential real property located at 140 College Road, Watsonville, CA 95076 (the "**Property**").

On or about September 28, 2018, I conducted a full interior and exterior inspection of the Property, as more particularly described in the Appraisal Report prepared by me attached hereto as Exhibit "2" and incorporated herein by reference ("**Appraisal Report**").

I developed my opinion as to the market value of the Property based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this Appraisal Report. I selected and used comparable sales that are locationally, physically and functionally the most similar to the subject Property. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the Property and the comparable sales. The sales comparison approach is the best indicator of value as it best reflects the sales trends between buyers and sellers in an open market.

My opinion as to the market value of the Property, based upon the information I have been able to gather concerning, among other things, the current market conditions in the subject area, is that as of March 20, 2018 (effective date of appraisal), the market value of the Property was $461,000.00, as reflected in the Appraisal Report.

I was provided considerable detail regarding necessary repairs for the Property by the Occupants of the Property during my Appraisal. I considered all of the repair estimates provided by the Occupants when determining the value of the Property. I have attached bids

DECLARATION OF APPRAISER

and estimates provided by the Occupants to this Appraisal Report. After consideration of all repair bids I have determined that the value of the Property is no less than $461,000.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 26 day of October, 2018, at Aptos, California.

By: _____
Kathy Dotson Appraiser, Declarant

DECLARATION OF APPRAISER