# EXHIBIT "1"

Case: 18-50604    Doc# 58-1    Filed: 10/26/18    Entered: 10/26/18 17:04:42    Page 1 of 2

**Kathy Dotson**
Real Estate Appraiser
421 Sailfish Dr
Aptos, CA 95003
Phone:(831)818-0631 Fax:(831)662-3357
kdappraisal@comcast.net
Qualifications of appraiser
Employment: Konrad Jagst, Appraiser
2004-2005
Trainee:
2004-2005
PVUSD Transportation:
1990-2004
Appraisal Education:
Career Web School / USPAP / UAD
Residential Report Writing / Residential Income Approach
Appraising FHA Today / Laws and Regulations
FNMA 1004MC / Appraisal Trends
REO & Foreclosures
Intro to Green Building for Real Estate Appraisers
Economics for Appraisers / Complex Residential Appraisal / Real Estate Specialties
Appraisal Experience:
VA
REO
FHA
Single family homes
Multi family units
Vacant land and mountain properties
High Value
New construction
Condo and PUD units
Manufactured Homes
Licenses: California Residential Appraisal Certification AR038124
Insurance: $1,000,000 Professional Liability Policy
Navigators Insurance #PH13RAL131420IV
Client List: VA / RELS / Wells Fargo LSI/ Premiere Asset Services/ Bank of America,
JPMorgan Chase, Mason McDuffie, USAA, Sterns Lending, Mortgage Lenders of America, RMR , IFreedom, Navy Federal
Credit Union, Mortgage Research Ctr, Prospect Mtg, High Tech Lending, American Pacific Mtg, Flagship Mtg, Guild Mtg, Met
Life, USAA, USA Bank, C2C Appraisal, Quicken Loans, All American Lndg, American Pacific Lndg, Weststar Mtg, New Day
Fin., American Financial Network...
Personal References: Konrad Jagst, Appraiser 408-234-5687 Tom Vinson, Broker 831-251-6382
Sherry Barnard, Friend 831-728-8705
Kathleen Kelly, Appraiser 831-818-1302

Data Source: NDCData / MLS Listing Inc / Cruzfax
Service Areas: Santa Clara County / Santa Cruz County / Monterey County / San Benito County