# EXHIBIT "2"

# APPRAISAL OF REAL PROPERTY



## LOCATED AT
*140 College Rd*
*Watsonville, CA 95076*
*See Preliminary Title Report*

## FOR
*PIQ for The Law Offices of Michelle Ghidotti*
*5753 E Santa Ana Cyn Rd #174  Anaheim Hills, CA 92807*

## OPINION OF VALUE
*461,000*

## AS OF
*03/20/2018*

## BY
*Kathy Dotson*
*Kathy  Dotson, Appraiser*
*421 Sailfish Dr*
Aptos, CA 95003
*831-818-0631*
*kdappraisal@comcast.net*

| | |
|---|---|
| Borrower | **Rivera,Richard John Jr & Julie Gonzales-Rivera** | File No. |
| Property Address | **140 College Rd** | |
| City | **Watsonville** | County **Santa Cruz** | State **CA** | Zip Code **95076** |
| Lender | **PIQ for The Law Offices of Michelle Ghidotti** | |

# APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

[X] Appraisal Report     (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

[ ] Restricted Appraisal Report     (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Comments on Appraisal and Report Identification

Note any USPAP related issues requiring disclosure and any State mandated requirements:

**APPRAISER:**

Signature:

Name: **Kathy Dotson**

**Certified Residential Appraiser**

State Certification #: **AR038124**

or State License #:

State: **CA**    Expiration Date of Certification or License: **08/25/2019**

Date of Signature and Report: **09/28/2018**

Effective Date of Appraisal: **03/20/2018**

Inspection of Subject: [ ] None [X] Interior and Exterior [ ] Exterior-Only

Date of Inspection (if applicable): **03/20/2018**

**SUPERVISORY or CO-APPRAISER (if applicable):**

Signature:

Name:

State Certification #:

or State License #:

State:    Expiration Date of Certification or License:

Date of Signature:

Inspection of Subject: [ ] None [ ] Interior and Exterior [ ] Exterior-Only

Date of Inspection (if applicable):

Konrad Jagst, Appraiser

# Uniform Residential Appraisal Report

File # REDACTED

**SUBJECT**

| | |
|---|---|
| Property Address | **140 College Rd** City **Watsonville** State **CA** Zip Code **95076** |
| Borrower **Rivera,Richard John Jr & Julie Gonzales-Rivera** | Owner of Public Record **Rivera,Richard John Jr&Julie Gonzales-Rivera** County **Santa Cruz** |
| Legal Description **See Preliminary Title Report** | |
| Assessor's Parcel # **051-171-14** | Tax Year **2017** R.E. Taxes $ **1,741** |
| Neighborhood Name **Salsipuedes Rancho** | Map Reference **995/H6** Census Tract **1225.00** |
| Occupant [X] Owner [ ] Tenant [ ] Vacant | Special Assessments $ **0** [ ] PUD HOA $ **0** [ ] per year [ ] per month |
| Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe) | |
| Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) **Loan Review/Loss Mitigation** | |
| Lender/Client **PIQ for The Law Offices of Michelle Ghidotti** Address **5753 E Santa Ana Cyn Rd #174 Anaheim Hills, CA 92807** | |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No
Report data source(s) used, offering price(s), and date(s). **MLS INC;**

**CONTRACT**

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ \_\_\_\_ Date of Contract \_\_\_\_ Is the property seller the owner of public record? [ ] Yes [ ] No Data Source(s) \_\_\_\_
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | | | Property Values [X] Increasing [ ] Stable [ ] Declining | | | PRICE $ (000) | AGE (yrs) | One-Unit | **85** % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | | | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | | | | | 2-4 Unit | **1** % |
| Growth [ ] Rapid [X] Stable [ ] Slow | | | Marketing Time [X] Under 3 mths [ ] 3-6 mths [ ] Over 6 mths | | | **275** Low **12** | | Multi-Family | **2** % |
| Neighborhood Boundaries **The subject is located east of E Lake Ave/152, west of Lakeview Rd, north of Tutle Av** | | | | | | **785** High **88** | | Commercial | **10** % |
| **and south of Carlton Rd.** | | | | | | **578** Pred. **53** | | Other | % |

Neighborhood Description **See attached addenda.**

Market Conditions (including support for the above conclusions) **The data set for directly comparable homes was too small for meaningful analysis, consequently all recent sales were included in the market area analysis. Median values in the subject market ( 1 mile radius) have increased 2% the past quarteer and +14 overall the past 12 months.**

**SITE**

| | |
|---|---|
| Dimensions **60 X 106.6 X 53.6 X 106** | Area **6403 sf** Shape **Rectangular** View **N;Res;** |
| Specific Zoning Classification **R-1-6** | Zoning Description **Residential - Single family residence** |
| Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe) | |

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe **See attached addenda.**

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | Water | [X] | [ ] | Street **Asphalt** | [X] | [ ] |
| Gas | [X] | [ ] | Sanitary Sewer | [X] | [ ] | Alley **None** | | |

FEMA Special Flood Hazard Area [X] Yes [ ] No FEMA Flood Zone **AE** FEMA Map # **060353 / 06087C0411E** FEMA Map Date **05/16/2012**
Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe
**No adverse easements appear on the parcel map or upon physical inspection. The yards have moderate landscaping to include lawn, redwood fencing, redwood patio, decorative shrubs and plants. Landscaping is typical of homes in the area. Subject lot sits below street level and has experienced flooding from street run off due to failed road drainage per owner. Asphalt berm helps to deflect some run off during moderate rainfall, but not excessive rainfall.**

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | | [ ] Concrete Slab [X] Crawl Space | | Foundation Walls | **Conc.Perim/Avg** | Floors | **Hdwd/Tile/Avg** |
| # of Stories **1** | | [ ] Full Basement [ ] Partial Basement | | Exterior Walls | **Stucco/Avg** | Walls | **Drywall/Avg** |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | | Basement Area **0** sq.ft. | | Roof Surface | **CompShingle/Avg** | Trim/Finish | **Wood-Paint/Avg** |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish **0** % | | Gutters & Downspouts | **PaintedMetal/Avg** | Bath Floor | **Vin/Avg** |
| Design (Style) **Ranch** | | [ ] Outside Entry/Exit [ ] Sump Pump | | Window Type | **Dual Pane/Avg** | Bath Wainscot | **Tile/Avg** |
| Year Built **1959** | | Evidence of [ ] Infestation | | Storm Sash/Insulated | **None** | Car Storage | [ ] None |
| Effective Age (Yrs) **35** | | [ ] Dampness [ ] Settlement | | Screens | **Yes/Avg** | [X] Driveway # of Cars **2** |
| Attic [ ] None | | Heating [X] FWA [ ] HWBB [ ] Radiant | | [ ] Woodstove(s) # | | Driveway Surface **Concrete** |
| [ ] Drop Stair [ ] Stairs | | [ ] Other **Gas** | Fuel | [X] Fireplace(s) # **1** [X] Fence **Wood** | | [X] Garage # of Cars **2** |
| [ ] Floor [ ] Scuttle | | Cooling [ ] Central Air Conditioning | | [X] Patio/Deck **Cmnt** [ ] Porch **Tile** | | [ ] Carport # of Cars |
| [ ] Finished [ ] Heated | | [ ] Individual [X] Other **None** | | [ ] Pool **None** [ ] Other **None** | | [X] Att. [ ] Det. [ ] Built-in |

Appliances [X] Refrigerator [X] Range/Oven [ ] Dishwasher [ ] Disposal [ ] Microwave [X] Washer/Dryer [ ] Other (describe)
Finished area **above** grade contains: **5** Rooms **2** Bedrooms **2.0** Bath(s) **1,066** Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.). **Features Include: Wood burning fireplace, granite slab counters, oak cabinets, hardwood flooring, ceiling fans, wood wainscot, and dual pane windows.**
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). **C6;Kitchen-updated-eleven to fifteen years ago;Bathrooms-updated-eleven to fifteen years ago;Improvements are maintained in overall average condition. Improvements include: Remodeled kitchen with granite slab counters, oak cabinets, appliances, new windows ie tile baths and vinyl flooring. The quality of construction, appliances and fixtures average and is typical of homes in the area. Updating reduces effective age. Subject appears to have a serious mold problem. Both baths have water damaged floor. Damaged wood floor. Missing crawl space screens. Missing face plate. Hole in attic. Missing garage eaves. See photos.**
Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [X] Yes [ ] No If Yes, describe
**Subject is subject to flooding from street run off due to road drainage problem per owner. Subject has a serious mold issue due to past flooding that has effected walls in the living room, bedrooms and bath. See photos and repair estimates. Furnace needs to be removed and new furnace installed in house to avoid future garage flooding. Mold is considered a serious health hazard.**
Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe

Freddie Mac Form 70 March 2005     UAD Version 9/2011     Page 1 of 6     Fannie Mae Form 1004 March 2005

# Uniform Residential Appraisal Report

File # REDACTED

There are **0** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **0** to $ **0** .

There are **35** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **425,000** to $ **785,000** .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 140 College Rd Watsonville, CA 95076 | 137 Alma St Watsonville, CA 95076 | | 764 Hill Ave Watsonville, CA 95076 | | 61 Beverly Dr Watsonville, CA 95076 | |
| Proximity to Subject | | 0.94 miles SW | | 1.18 miles SW | | 0.37 miles W | |
| Sale Price | $ | | 574,000 | | 577,500 | | 598,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 462.16 sq.ft. | | $ 555.29 sq.ft. | | $ 376.34 sq.ft. | |
| Data Source(s) | | MLS Inc #81690789;DOM 43 | | MLS Inc #81690573;DOM 6 | | MLS Inc #81683578;DOM 33 | |
| Verification Source(s) | | NDCData APN:019-095-06 | | NDCData APN:019-075-27 | | NDCData APN:051-282-10 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Conv;0 | | ArmLth Conv;0 | | ArmLth Conv;0 | |
| Date of Sale/Time | | s03/18;c02/18 | | s02/18;c02/18 | | s02/18;c12/17 | |
| Location | A;BsyRd; | N;Res; | -20,000 | N;Res; | -5,000 | N;Res; | -15,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 6403 sf | 6578 sf | 0 | 5053 sf | +1,000 | 7013 sf | -1,000 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT1;Ranch | DT1;Bungalow | 0 | DT1;Ranch | | DT1;Ranch | |
| Quality of Construction | Q4 | Q3 | -10,000 | Q3 | -60,000 | Q3 | -5,000 |
| Actual Age | 59 | 63 | 0 | 66 | 0 | 61 | 0 |
| Condition | C6 | C3 | -55,000 | C3 | -55,000 | C3 | -60,000 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 5  3  2.0 | 6  3  2.0 | 0 | 6  3  1.1 | +3,000 | 8  3  2.0 | 0 |
| Gross Living Area | 1,066 sq.ft. | 1,242 sq.ft. | -11,000 | 1,040 sq.ft. | 0 | 1,589 sq.ft. | -31,000 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Typical/Average | Typical/Average | | Typical/Average | | Typical/Average | |
| Heating/Cooling | Fau/None | Fau/None | | Fau/None | | Fau/None | |
| Energy Efficient Items | Insulation | Insulation | | Insulation | | Insulation | |
| Garage/Carport | 2ga2dw | 2gd2dw | 0 | 2ga2dw | | 2ga2dw | |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio/Deck | 0 | Porch/Patio | | Porch/Patio | |
| Other areas | None | Pool/Spa/Shed | -15,000 | None | | Rec Room | -20,000 |
| Sale/List Ratio | None | 1.03 | | 1.00 | 0 | .98 / Orig .96 | 0 |
| DOC# | None | DOC#7409 | | DOC#5620 | | DOC#3621 | 0 |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -111,000 | ☐ + ☒ - $ | -116,000 | ☐ + ☒ - $ | -132,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 19.3 % Gross Adj. 19.3 % $ | 463,000 | Net Adj. 20.1 % Gross Adj. 21.5 % $ | 461,500 | Net Adj. 22.1 % Gross Adj. 22.1 % $ | 466,000 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)  NDC Data
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)  NDC Data
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | NDC Data | NDC Data | NDC Data | NDC Data |
| Effective Date of Data Source(s) | 03/20/2018 | 03/20/2018 | 03/20/2018 | 03/20/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales    **The subject is not currently listed for sale nor has there been any reported market activity in the past 36 months  based on information derived from local MLS and data reporting services.  All selected comparables appear to be arms length transactions. REO's and short sales are not driving the market in this area at this time, however they are persistently present, competing with and thus having impact on the market.**

Summary of Sales Comparison Approach    *See attached addenda.*

Indicated Value by Sales Comparison Approach $    461,000

Indicated Value by: Sales Comparison Approach $    461,000    Cost Approach (if developed) $    Income Approach (if developed) $

Most weight was given the Sales Comparison Approach to value. The Income and Cost Approach to value was not used .

This appraisal is made ☒ "as is",  ☐  subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  ☐  subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or  ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $    461,000   , as of    03/20/2018   , which is the date of inspection and the effective date of this appraisal.

*SALES COMPARISON APPROACH* (vertical label)

*RECONCILIATION* (vertical label)

Freddie Mac Form 70 March 2005          UAD Version 9/2011      Page 2 of 6          Fannie Mae Form 1004 March 2005

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Case: 18-50604    Doc# 58-2    Filed: 10/26/18    Entered: 10/26/18 17:04:42    Page 5 of 42

# Uniform Residential Appraisal Report

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | **140 College Rd** **Watsonville, CA 95076** | **241 Lakeview Rd** **Watsonville, CA 95076** | | **125 Dogwood Dr** **Watsonville, CA 95076** | | | |
| Proximity to Subject | | **0.33 miles S** | | **0.09 miles S** | | | |
| Sale Price | $ | $ **535,000** | | $ **535,000** | | $ | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ **367.70** sq.ft. | | $ **428.69** sq.ft. | | $ sq.ft. | |
| Data Source(s) | | **MLS Inc #81655675;DOM 104** | | **MLS Inc #81632485;DOM 0** | | | |
| Verification Source(s) | | **NDCData APN:051-301-01** | | **NDCData APN:051-171-41** | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | **ArmLth** | | **ArmLth** | | | |
| Concessions | | **FHA;0** | | **FHA;0** | | | |
| Date of Sale/Time | | **s11/17;c10/17** | **+11,000** | **s04/17;c11/16** | **+75,000** | | |
| Location | **A;BsyRd;** | **A;Busy Rd;** | **0** | **N;Res;** | **-75,000** | | |
| Leasehold/Fee Simple | **Fee Simple** | **Fee Simple** | | **Fee Simple** | | | |
| Site | **6403 sf** | **8146 sf** | **-2,000** | **12545 sf** | **-6,000** | | |
| View | **N;Res;** | **N;Res;** | | **N;Res;** | | | |
| Design (Style) | **DT1;Ranch** | **DT1;Ranch** | | **DT1;Ranch** | | | |
| Quality of Construction | **Q4** | **Q4** | | **Q4** | | | |
| Actual Age | **59** | **48** | **0** | **41** | **0** | | |
| Condition | **C6** | **C3** | **-60,000** | **C3** | **-60,000** | | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | | Total | Bdrms. | Baths |
| Room Count | **5** **3** **2.0** | **7** **3** **2.0** | **0** | **5** **3** **2.0** | **0** | | **0** |
| Gross Living Area | **1,066** sq.ft. | **1,455** sq.ft. | **-23,000** | **1,248** sq.ft. | **-11,000** | sq.ft. | |
| Basement & Finished | **0sf** | **0sf** | | **0sf** | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | **Typical/Average** | **Typical/Average** | | **Typical/Average** | | | |
| Heating/Cooling | **Fau/None** | **Fau/None** | | **Fau/None** | | | |
| Energy Efficient Items | **Insulation** | **Insulation** | | **Insulation** | | | |
| Garage/Carport | **2ga2dw** | **2ga2dw** | | **2ga2dw** | | | |
| Porch/Patio/Deck | **Porch/Patio** | **Porch/Patio** | | **Porch/Patio** | | | |
| Other areas | **None** | **None** | | **None** | | | |
| Sale/List Ratio | **None** | **.97** | **0** | **.97 / Orig 1.01** | **0** | | |
| DOC# | **None** | **DOC#41021** | **0** | **DOC#10945** | **0** | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | **-74,000** | ☐ + ☒ - $ | **-77,000** | ☐ + ☐ - $ | |
| Adjusted Sale Price | | Net Adj. 13.8 % | | Net Adj. 14.4 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 17.9 % $ | **461,000** | Gross Adj. 42.4 % $ | **458,000** | Gross Adj. % $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | **NDC Data** | **NDC Data** | **NDC Data** | |
| Effective Date of Data Source(s) | **03/20/2018** | **03/20/2018** | **03/20/2018** | |

Analysis of prior sale or transfer history of the subject property and comparable sales     **See Addenda**

Analysis/Comments     **See addenda.**

---

Freddie Mac Form 70 March 2005                     UAD Version 9/2011                     Fannie Mae Form 1004 March 2005

**ADDITIONAL COMMENTS**

**Extraordinary Assumptions** - The comparables used contain confidential information related to pricing, motivations, negotiations, concessions, fees, etc, that are not typically made known to those not a part of the agreement or closing. Even when provided an interview that confirms parts of a transaction, the values herein are based on the assumption that the data reported to the sources used is correct and reflects the specific marketable features. When more than one source is stated and there are differences in the levels/amounts of the features relevant for refinement, the source deemed most reliable and reflective of the comparable as of the date of that respective sale will be used for comparison.

**Signature Certification** - The digital signatures in this report are duplicates of the original signature(s) and have not been altered or changed in any way.

**Intended User Certification** - The Intended User of this appraisal report is the Client. The Intended Use is to obtain the market value of the property that is the subject of this appraisal for personal knowledge of the client, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

**Software Certification** - Any and all references in this (TOTAL) software regarding clients, intended users, intended use, definition of value, assignment conditions, relevant characteristics, scope or work performed, and/or any other conditions / assumptions relative to this assignment are superseded by data expressly entered by the appraiser, respectively.

**Definition/Source of Value** - The purpose of this report is to properly relay the appraisal analysis, opinions, and conclusions in a manner that is objective, impartial, and independent. The value being developed is the most common representation of this arena participant - market value. By definition, market value is the most probable price a property or properties should bring in an open competitive market under conditions requisite to a fair impartial sale where the buyer and seller are both acting knowledgeably and in their own best interest and assuming the price is not affected by unique stimulus or external forces. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: 1. The buyer and seller are typically motivated, 2. Both parties are knowledgeable and acting in their own best interests, 3. a reasonable time is allowed for the property to be exposed to an open and competitive sale arena, 4. Payment is made in terms of US cash or equivalent or in terms of financial arrangements comparable thereto, and 5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sale concessions granted by anyone associated with the sale. This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July and August 1990, by the Federal Reserve System (FRS), by the National Credit Union Administration, (NCUA), by the Federal Deposit Insurance Corporation (FDIC), by the Office of Comptroller of the Currency (OCC), and by the Office of Thrift Supervision (OTS), being further referenced in regulations jointly published in 1994.

**Scope of Work -** The scope of work for this appraisal was defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. I, the appraiser (1) performed a complete visual inspection of the interior and exterior areas of the subject property, (2) inspected the neighborhood, (3) inspected each of the comparable sales from at least the street, (4) researched, verified, and analyzed data from reliable public and/or private sources, and (5) reported my analysis, opinions, and conclusions in this appraisal report. The supervising appraiser has inspected the property at a previous date and did not do another onsite inspection.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

**COST APPROACH**

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | ......................... =$ |
|---|---|---|
| Source of cost data | DWELLING | Sq.Ft. @ $ ......... =$ |
| Quality rating from cost service          Effective date of cost data | | Sq.Ft. @ $ ......... =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | ......... =$ |
| | Garage/Carport          Sq.Ft. @ $ | ......... =$ |
| | Total Estimate of Cost-New | ......... =$ |
| | Less      Physical      Functional      External | |
| | Depreciation | =$( ) |
| | Depreciated Cost of Improvements | ......................... =$ |
| | "As-is" Value of Site Improvements | ......................... =$ |
| Estimated Remaining Economic Life (HUD and VA only)                Years | **INDICATED VALUE BY COST APPROACH** | ......................... **= $** |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

**INCOME**

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)   *Homes in this price range and neighborhood are typically purchased for use and not income. Thus, the income approach lacks rationale and was not developed.*

## PROJECT INFORMATION FOR PUDs (if applicable)

**PUD INFORMATION**

Is the developer/builder in control of the Homeowners' Association (HOA)?      ☐ Yes    ☐ No    Unit type(s)    ☐ Detached    ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?      ☐ Yes    ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units?      ☐ Yes    ☐ No  Data Source

Are the units, common elements, and recreation facilities complete?      ☐ Yes    ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?      ☐ Yes    ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Case: 18-50604    Doc# 58-2    Filed: 10/26/18    Entered: 10/26/18 17:04:42    Page 7 of 42

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Case: 18-50604    Doc# 58-2    Filed: 10/26/18    Entered: 10/26/18 17:04:42    Page 8 of 42

# Uniform Residential Appraisal Report

**APPRAISER'S CERTIFICATION:**    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

# Uniform Residential Appraisal Report

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Kathy Dotson | Name |
| Company Name  Kathy Dotson, Appraiser | Company Name |
| Company Address  421 Sailfish Dr | Company Address |
| Aptos, CA 95003 | |
| Telephone Number  831-818-0631 | Telephone Number |
| Email Address  kdappraisal@comcast.net | Email Address |
| Date of Signature and Report  09/28/2018 | Date of Signature |
| Effective Date of Appraisal  03/20/2018 | State Certification # |
| State Certification #  AR038124 | or State License # |
| or State License # | State |
| or Other (describe)        State # | Expiration Date of Certification or License |
| State  CA | |
| Expiration Date of Certification or License  08/25/2019 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

140 College Rd

Watsonville, CA 95076

APPRAISED VALUE OF SUBJECT PROPERTY $        461,000

LENDER/CLIENT

Name  PIQ

Company Name  PIQ for The Law Offices of Michelle Ghidotti

Company Address  5753 E Santa Ana Cyn Rd #174

Anaheim Hills, CA 92807

Email Address

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
  Date of Inspection
☐ Did inspect interior and exterior of subject property
  Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
  Date of Inspection

# Supplemental Addendum

| | |
|---|---|
| Borrower | *Rivera,Richard John Jr & Julie Gonzales-Rivera* |
| Property Address | *140 College Rd* |
| City | *Watsonville*    County *Santa Cruz*    State *CA*    Zip Code *95076* |
| Lender | *PIQ for The Law Offices of Michelle Ghidotti* |

• URAR: Neighborhood - Description
The subject neighborhood is located near Kelly Lake, Drew Lake and backs Corralitos Creek. The area is made up of conforming, average quality, detached, single family residences centrally located near schools, shopping and freeways. Transportation, parks, dining, entertainment, major services and other conveniences are nearby. Employment centers within easy access via Highways 1, 129, 152, 156 and 17. The subject is located on a busy street.

HIGHEST AND BEST USE:
The highest and best use of the subject is considered to be its present use as a sfr dwelling. The remaining economic life of the structure coupled with the subject site zoning result in the present use as the only logical highest and best use conclusion.

• URAR: Sales Comparison Analysis - Summary of Sales Comparison Approach
All comparables are similar homes equally desirable to buyers. There was no time adjustment for comps 1-3 as they are very recent and represent the current market. Comparable 4 was adjusted +2% for time of sale according to CMA for marketing time and COE. Comparable 5 was adjusted +14% for time of sale according to CMA for marketing time and COE.
Common amenities or items not given additional value by the market (fences, porches, patio's, decks, fireplaces, woodstoves, etc..) were not included in the sales comparison grid. Living area dollar adjustments rounded off to the nearest thousand.
Lot size adjustment was calculated at $1 per sf, 1/2 bath $3,000, Pool/spa $10,000, shed $5,000 and rec room $20,000. Adjustments determined by paired sales analysis from appraisal file data for market area.
Search parameters include: 1 mile radius , 3+ bedroom, age +-30% and one story.
Due to the low density of the area it was necessary to include comparables outside desired guidelines.
Comparables 3 and 4 living area exceeds guidelines +-25%.
Comparable 4 sold over 90 days prior, but was included to bracket subject neighborhood and busy road.
Comparable 5 sold over 90 days prior, but was included to bracket subject neighborhood and similar proximity to lakes and creek.
Adjustments for quality are based on overall quality of materials, architectural detail and interior amenities. Adjustments for condition reflect the combined effects of effective age, remodeling/updating. Unless adjusted, it is assumed that the effective age of each of the comparables is reasonably the same due to recent updating and or remodeling. Paired sales analysis was used to determine adjustments.
 Comparables 1, 2, 3, 5 were adjusted for location. Comparables were paired with comp 4 to determine location adjustment.
Comparables 1 and 2 are located in a more densely populated area on quiet streets, but further from lakes and creek.
Comparable 3 is located on a quiet street, but further from lakes and creek.
Comparable 4 is located on a street with similar traffic flow and a similar distance to lakes and creek.
Comparable 5 is located near the subject on a cul de sac a similar distance to lakes and creek.
Comparable 1 was adjusted for superior bathroom updates, new hardwood flooring and canister lights.
Comparable 2 was adjusted -10% for superior quality of updating that included granite slab counters, custom cabinets, stainless steel appliances, hardwood flooring, slate tile flooring, crown molding, roof, gutters, plumbing, electrical, furnace, stucco and windows.
Comparable 3 was adjusted for superior bathroom updating.
Comparable 5 was adjusted for superior location on street with minimal traffic.
Comparables 1-5 were  adjusted for superior condition due to needed repairs of subject from water and mold damage.
All comparables are considered reasonable substitutes for the appraised home. Sale 4 appears to be the most reasonable substitute for the appraised home due to location and quality/amenitites. The final estimate of value was correlated to the adjusted sale price of comparable 4.
The final estimate of value is below the prominant value due to small living area and needed repairs.

I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

The Intended User of this appraisal report is the Lender/Client. Unless specifically stated within the report, there are no additional Intended Users. The Intended Use is to evaluate the property that is the subject of this appraisal, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Value as defined in the report.

Stephanie Bassmann provided assistance researching the subject and comparable properties, compiling data for market analysis and input of data to report.  Assistance included selection of comparables, inspection and photo of comparables, market/economic analysis, highest and best use analysis, research and data collection, zoning and flood zone. Appraiser supervised and verified all steps of appraisal assistance.

# Building Sketch

| | |
|---|---|
| Borrower | **Rivera,Richard John Jr & Julie Gonzales-Rivera** |
| Property Address | **140 College Rd** |
| City | **Watsonville**  County **Santa Cruz**  State **CA**  Zip Code **95076** |
| Lender | **PIQ for The Law Offices of Michelle Ghidotti** |



**First Floor**
[1065.5 Sq ft]
25.5'

Master Bedroom

Bedroom

Master Bath

20'

43.4'

Bedroom

Bath

30.7'

Patio

20'

FP    Living

Dining

Kitchen

20'

8.7'

Lnd

21.7'

Entry

Cov'd Porch

2 Car Attached
[434 Sq ft]

15.2'    10.3'

13'

20'

TOTAL Sketch by a la mode, inc.

### Area Calculations Summary

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1065.5 Sq ft | 25.5 × 39.4 | = 1004.7 |
| | | 15.2 × 4 | = 60.8 |
| **Total Living Area (Rounded):** | **1066 Sq ft** | | |
| **Non-living Area** | | | |
| Covered Porch | 41.2 Sq ft | 4 × 10.3 | = 41.2 |
| 2 Car Attached | 434 Sq ft | 21.7 × 20 | = 434 |
| Concrete Patio | 400 Sq ft | 20 × 20 | = 400 |

# Subject Photo Page

| Borrower | Rivera,Richard John Jr & Julie Gonzales-Rivera | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender | PIQ for The Law Offices of Michelle Ghidotti | | | | | | |



### Subject Front

| | |
|---|---|
| **140 College Rd** | |
| Sales Price | |
| Gross Living Area | **1,066** |
| Total Rooms | **5** |
| Total Bedrooms | **3** |
| Total Bathrooms | **2.0** |
| Location | **A;BsyRd;** |
| View | **N;Res;** |
| Site | **6403 sf** |
| Quality | **Q4** |
| Age | **59** |



### Subject Rear



### Subject Street

# Photograph Addendum

| Borrower | Rivera,Richard John Jr & Julie Gonzales-Rivera | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code 95076 |
| Lender | PIQ for The Law Offices of Michelle Ghidotti | | | | | |



**OPPOSITE STREET VIEW**



**ADDRESS VERIFICATION**



**VIEW ACROSS STREET**



**RIGHT SIDE VIEW**



**REAR / RIGHT SIDE VIEW**



**REAR / RIGHT SIDE VIEW**

# Photograph Addendum

| | |
|---|---|
| Borrower | *Rivera,Richard John Jr & Julie Gonzales-Rivera* |
| Property Address | *140 College Rd* |
| City *Watsonville* | County *Santa Cruz*     State *CA*     Zip Code *95076* |
| Lender | *PIQ for The Law Offices of Michelle Ghidotti* |



**LEFT SIDE VIEW**



**REAR / LEFT SIDE VIEW**



**LIVING**



**KITCHEN**



**DINING**



**BATH**

# Photograph Addendum

| | |
|---|---|
| Borrower | **Rivera,Richard John Jr & Julie Gonzales-Rivera** |
| Property Address | **140 College Rd** |
| City | **Watsonville** — County **Santa Cruz** — State **CA** — Zip Code **95076** |
| Lender | **PIQ for The Law Offices of Michelle Ghidotti** |


**BEDROOM**


**MASTER BEDROOM**


**MASTER BATH**


**BEDROOM**


**GARAGE / LAUNDRY / WATER HEATER**


**GARAGE / FURNACE**

# Photograph Addendum

| | |
|---|---|
| Borrower | Rivera,Richard John Jr & Julie Gonzales-Rivera |
| Property Address | 140 College Rd |
| City | Watsonville  County  Santa Cruz  State  CA  Zip Code  95076 |
| Lender | PIQ for The Law Offices of Michelle Ghidotti |



**GARAGE INTERIOR**



**CRAWL SPACE**



**DAMAGED WOOD EAVES**



**DAMAGED WOOD GARAGE DOOR**



**DAMAGED AND MISSING VENT SCREEN**



**CRACKED STUCCO**

# Photograph Addendum

| | |
|---|---|
| Borrower | **Rivera,Richard John Jr & Julie Gonzales-Rivera** |
| Property Address | **140 College Rd** |
| City | **Watsonville** County **Santa Cruz** State **CA** Zip Code **95076** |
| Lender | **PIQ for The Law Offices of Michelle Ghidotti** |



**MISSING FACE PLATE**



**DAMAGED FLOOR / MASTER BATH**



**DAMAGED FLOOR / BATH**



**MOLD / LIVING ROOM**



**HOLE IN DRYWALL**



**MOLD / HOLE IN DRYWALL**

# Photograph Addendum

| Borrower | Rivera,Richard John Jr & Julie Gonzales-Rivera | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code 95076 |
| Lender | PIQ for The Law Offices of Michelle Ghidotti | | | | | |



**MOLD / BEDROOM CEILING**

**MOLD / MASTER BEDROOM**







**MILDEW / MASTER BATH / SHOWER**

**MILDEW / MASTER BATH CEIING**





**MOLD / BEDROOM CEILING**

**DAMAGED HARDWOOD FLOOR**

# Comparable Photo Page

| | |
|---|---|
| Borrower | **Rivera,Richard John Jr & Julie Gonzales-Rivera** |
| Property Address | **140 College Rd** |
| City | **Watsonville** County **Santa Cruz** State **CA** Zip Code **95076** |
| Lender | **PIQ for The Law Offices of Michelle Ghidotti** |



### Comparable 1

**137 Alma St**

| | |
|---|---|
| Prox. to Subject | **0.94 miles SW** |
| Sale Price | **574,000** |
| Gross Living Area | **1,242** |
| Total Rooms | **6** |
| Total Bedrooms | **3** |
| Total Bathrooms | **2.0** |
| Location | **N;Res;** |
| View | **N;Res;** |
| Site | **6578 sf** |
| Quality | **Q3** |
| Age | **63** |



### Comparable 2

**764 Hill Ave**

| | |
|---|---|
| Prox. to Subject | **1.18 miles SW** |
| Sale Price | **577,500** |
| Gross Living Area | **1,040** |
| Total Rooms | **6** |
| Total Bedrooms | **3** |
| Total Bathrooms | **1.1** |
| Location | **N;Res;** |
| View | **N;Res;** |
| Site | **5053 sf** |
| Quality | **Q3** |
| Age | **66** |



### Comparable 3

**61 Beverly Dr**

| | |
|---|---|
| Prox. to Subject | **0.37 miles W** |
| Sale Price | **598,000** |
| Gross Living Area | **1,589** |
| Total Rooms | **8** |
| Total Bedrooms | **3** |
| Total Bathrooms | **2.0** |
| Location | **N;Res;** |
| View | **N;Res;** |
| Site | **7013 sf** |
| Quality | **Q3** |
| Age | **61** |

# Comparable Photo Page

| Borrower | Rivera,Richard John Jr & Julie Gonzales-Rivera | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender | PIQ for The Law Offices of Michelle Ghidotti | | | | | | |

### Comparable 4



**241 Lakeview Rd**

| | |
|---|---|
| Prox. to Subject | *0.33 miles S* |
| Sale Price | *535,000* |
| Gross Living Area | *1,455* |
| Total Rooms | *7* |
| Total Bedrooms | *3* |
| Total Bathrooms | *2.0* |
| Location | *A;Busy Rd;* |
| View | *N;Res;* |
| Site | *8146 sf* |
| Quality | *Q4* |
| Age | *48* |

### Comparable 5



**125 Dogwood Dr**

| | |
|---|---|
| Prox. to Subject | *0.09 miles S* |
| Sale Price | *535,000* |
| Gross Living Area | *1,248* |
| Total Rooms | *5* |
| Total Bedrooms | *3* |
| Total Bathrooms | *2.0* |
| Location | *N;Res;* |
| View | *N;Res;* |
| Site | *12545 sf* |
| Quality | *Q4* |
| Age | *41* |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |



*COMPARABLE 5 / MLS PHOTO*

# Plat Map

| | |
|---|---|
| Borrower | *Rivera, Richard John Jr & Julie Gonzales-Rivera* |
| Property Address | *140 College Rd* |
| City | *Watsonville* | County | *Santa Cruz* | State | *CA* | Zip Code | *95076* |
| Lender | *PIQ for The Law Offices of Michelle Ghidotti* |



# PROPERTY PROFILE

**Property Location**

| | | | | | |
|---|---|---|---|---|---|
| Address: | 140 COLLEGE RD | City: | WATSONVILLE | Zip: | 95076-2309 |
| APN#: | 051-171-14-000 | Use Code: | Single Family Residence | County: | Santa Cruz |
| Tract: | | Census Tract: | 1225.00 | Zone: | R-1-6 |
| Map Page/Grid: | 995/ H6 | Legal Desc: | | | |
| Total Assessed Value: | 67,652 | Tax Amount: | 1,740.88 | | |
| Percent Improvement: | 69.00 | Tax Year: | 2017 | | |

**Current Owner Information**

| | | | |
|---|---|---|---|
| Current Owner: | RIVERA,RICHARD JR ETAL/GONZALES-RIVERA,JULIE | Owner Address: | 140 COLLEGE RD |
| City, State, Zip: | WATSONVILLE, CA, 95076-2309 | Owner Occupied: | Yes |
| Last Transaction: | 07/24/2007 | Deed Type: | deed of trust |
| Amount: | | Document: | 0000040344 |

**Last sale Information**

| | | | |
|---|---|---|---|
| Transferred From: | | Seller Address: | |
| Recording / Sale Date: | 01/13/2003 / | Prior Recording / Sale Date: | / |
| Most Recent Sale Price: | | Prior Sale Price: | |
| Document Number: | 0000003667 | Prior Document No.: | |
| Document Type: | grant deed/deed of trust | Prior Document Type: | |

**Lender Information**

| | | | |
|---|---|---|---|
| Lender: | | Full/Partial: | |
| Loan Amount / 2nd Trust Deed: | / | Loan Type: | |

**Physical Information**

| | | | | | |
|---|---|---|---|---|---|
| Building Area: | 1,082 | # of Bedrooms: | 3 | Lot Size: | 6,403 |
| Additional: | 0 | # of Bathrooms: | 2.00 | Year Built / Effective: | 1959 / 1959 |
| Garage: | 440 | # of Stories: | 0 | Heating: | Central |
| First Floor: | 0 | Total Rooms: | 5 | Cooling: | |
| Second Floor: | 0 | # of Units: | 1 | Roof Type: | Composition Shingle |
| Third Floor: | 0 | Garage/Carport: | Yes / | Construction/Quality: | Primary Material Unlisted / 0 |
| Basement Finished: | 0 | Fireplaces: | 0 | Building Shape: | |
| Basement Unfinished: | 0 | Pool/Spa: | No | View: | |

**Flood Data**

| | | | | | |
|---|---|---|---|---|---|
| Panel Date: | 2012-05-16 | Comm/Panel Number: | 060353 / 06087C0411E | Flood Zone: | AE |





*Hartman*
C O N S T R U C T I O N
Specializing in Fine Interior Finish
License # 718800

June 3, 2018                        Project:          Richard Rivera
                                                      140 College Rd
                                                      Watsonville, CA 95076

| Description | Total |
|---|---|
| Remove and replace baseboard, trim, casings and window sills due to sheetrock mold contamination.  Three bedrooms and two bathrooms at exterior walls, closets (Hardwood Floors). | |
| Material- | 500.00 |
| Demo, clean up and disposal- 2 days | 1120.00 |
| Replace, pick up material protection, clean up, disposal-4 days | 2240.00 |
| | |
| Remove and replace exterior garage door and hardware. Repair and replace door jamb at dry-rot trim,  due to water damage.  Possibly repair stucco at front exterior. | |
| Materials- | 600.00 |
| Demo and Treat Repair- 1 day. | 560.00 |
| Replace- 1.5 days | 840.00 |
| | |
| Remove and replace crawl space door, hardware and trim; due to water damage and termite rot. Treat damaged wood. | |
| Materials- | 300.00 |
| Demo and replace- 1 day | 560.00 |
| | |
| Remove and replace facia boards and framing due to termite rot.  Treat existing framing.  Remove and repair gutters, possible roof patch at locations. | |
| Material- | 800.00 |
| Demo and replace- 5 days (All exterior walls, eves and stucco) | 3500.00 |
| | |
| Remove, treat and replace dry rot/termite rot in framing in garage wall, underfloor where necessary. | |
| Material- | 500.00 |
| Labor- 5 days | 3500.00 |
| | |

Steve Hartman PO BOX 3212
Freedom, CA 95019
Tel: (831)234-7179
License Number: 718800



*Hartman*
C O N S T R U C T I O N
**Specializing In Fine Interior Finish**
License # 718800

| | |
|---|---|
| Total Labor and Material – | 15,020.00 |
| Recommendation- | |
| Recommend removing dirt at 4 planter areas next to house and replacing with concrete to keep drainage and moisture away from exterior walls.  Install base rock, compact and install rebar.  Place and finish concrete, clean up. | |
| Materials and Labor- | 2150.00 |
| | |
| | |
| Total labor and materials with concrete recommendation- | 17,170.00 |
| | |
| | |
| This bid is based on what is visible.  The price could be substantially higher due to unforeseen conditions.  This property is in a flood zone and has been flooded several times in the past few years. | |
| | |

Steve Hartman PO BOX 3212
Freedom, CA 95019
Tel: (831)234-7179
License Number: 718800



# Freedom Heating, INC.

1039 Freedom Blvd
Freedom , Ca 95019
831-724-8900 fax 831-724-2639

**CA Lic#784864**

## Job Estimate

| Customer | | | |
|---|---|---|---|
| Name | Julie Rivera | | |
| Address | 140 College Road | | |
| City | Watsonville | State CA | ZIP 95076 |
| Phone | 331-3557 | | |

| Date | 8/14/2017 |
|---|---|
| Job | Same |
| Address | Same |
| Rep | Chris Johnston |

| | Page 1 of 1 | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Existing furnace and platform in garage removed and hauled away. | $14,752.00 | - |
| 1 | New Bryant 70K BTU 80% efficiency furnace installed in closet with all connections to system. | | |
| 8 | New supply air ducts installed in attic using flexible ductwork. | | |
| 1 | New return air installed below furnace with new filter and grill. | | |
| 1 | New furnace flue installed out roof. | | |
| 1 | New gas line installed for furnace. | | |
| 1 | New electrical outlet installed for furnace. | | |
| 1 | Permit and inspection. | $950.00 | |
| 1 | Removal of Asbestos by third party contractor. | $2,000.00 | |
| Notes | | | |
| * | No Title 24 HERS testing needed due to the possibility of reaming Asbestos. | | |
| * | New closet door is needed and is not included in estimate. | | |
| * | Full payment is due when work is completed. | | |

**Payment Details**
- ○ Cash
- ◉ Check
- ○ Credit Card

Name Julie Rivera
CC #
Expires

| | | |
|---|---|---|
| Subtotal | | |
| Shipping & Handling | | |
| Taxes | State | |
| **TOTAL** | | **$17,702.00** |

This job estimate is considered as part of the contract for work, notes and price as listed

THIS ESTIMATE IS FOR COMPLETING THE JOB AS DESCRIBED ABOVE. IT IS BASED ON OUR EVALUATION AND DOES NOT INCLUDE MATERIAL PRICE INCREASES OR ADDITIONAL LABOR AND MATERIALS WHICH MAY BE REQUIRED SHOULD UNFORESEEN PROBLEMS OR ADVERSE WEATHER CONDITIONS ARISE AFTER THE WORK HAS STARTED.

Signature _____  Date _____

*Freedom Heating reserves the right to make changes to or withdrawal this proposal at anytime.*



**CONSOLIDATED DRYWALL**

METAL STUD FRAMING • HANGING • TAPING • TEXTURE

**831 728-4767**

115 Harger Way, Ste 210, Watsonville, CA 95076
Fax 831 728-4768    Lic: 869064

# Contract Proposal

| Date Of Request |
| --- |
| 8/11/17 |

| Submitted To: | Project Location: |
| --- | --- |
| Julie Rivera<br>140 College Rd<br>Watsonville, CA<br>(831)331-3557 | Julie Rivera<br>140 College Rd<br>Watsonville, CA |

| Description | Total |
| --- | --- |
| The following is specifies scope of work in its general sequence per walk through on 8/11/17 | 8,464.00 |
| Work to replace drywall throughout home excluding garage | |
| Supply all sheetrock, taping materials and corner bead | |
| Labor To Stock & Install Sheetrock | |
| 5/8" sheetrock on ceilings | |
| Water resistant greenboard around showers | |
| 1/2" sheetrock on all remaining walls | |
| All corners to be square | |
| Labor to tape to orange peel spray texture. | |
| Clean up and haul away all scrap and debris | |
| All labor to be performed in a timely manner, keeping into consideration site conditions, maintaining a clean professional appearance at all times. We will maintain any reasonable time schedule received from the general contractor. All employees will be skilled in their craft and maintain a professional demeanor at all times. A lead person will be available throughout the duration of the job to answer directly to the general contractor's supervisor and relay any information to our workforce. | |
| We will not be held liable for time lost due to other trades work to be done during our scheduled time frame, inspection problems or change orders that reasonably effect contractors schedule | |
| All materials are of the highest quality available in the industry, and are personally inspected for flaws, defects or damage by our staff in the field, upon receipt | |
| ***Exclusions: No shop drawings, exterior gyp sheathing products, exterior scaffolding, engineering, special inspections, primers/sealers, insulation, acoustical or sound caulking, fire caulking, wood products, denshield/denglass, cementious backerboard, t-bar ceilings or kerfing at doors and windows. | |

| 40% due upon arrival of materials<br>35% due upon completion of framing<br>Final payment due upon completion of finish work | **Total** | $8,464.00 |
| --- | --- | --- |
| *Terms: Net cash due on completion. If not paid within (10) days after completion, the amount will be considered past due and interest of 18% per annum or 1.5% per month may be charged. If for any reason we are not permitted to complete this contract for a period of (7) days we are entitled to be paid for labor and materials to that point in time. In the event it is necessary to employ an attorney to enforce this contract the customer agrees to pay all reasonable attorney fees, and expenses. Proposal prices subject to change after 30 days* | DATE:<br><br>ACCEPTED BY: | |



**Proposal #** *079-0817*

**Date:**      August 14, 2017

**Attention:**  Julie Rivera
140 College Road
Watsonville, CA 95076

**Phone:**   (831) 331-3557
**Fax:**
**E-mail:**   julierivera72@yahoo.com

**PROJECT:**   Stucco Repair and Re-Texture
140 College Road
Watsonville, CA 95076

Jason Souza
Project Manager
Cell:        (831) 840-0611
Phone:    (831) 722-5561
fax:        (831) 722-5593
jason@oliveiraplastering.com

Dear Julie,
On behalf of Oliveira Plastering, Inc. I respectfully submit this bid proposal to supply and install all items listed below as described in this bid proposal in accordance with the project requirements, plans and specifications which have been supplied to us and in accordance with the plastering industry standard requirements which relate to your project. Pricing includes all taxes, labor, material, tools and equipment in accordance with Oliveira Plastering's attached terms and conditions for the completion of this project.

**SCOPE OF WORK AND PRICING:**

**Plan Date:**  Field Measure                **Addendum Included:**  None

| Exterior: | |
|---|---|
| 1) Break out stucco at plate line and install a galvanized weep screed to meet current | $6,000.00 |
| building codes. Patch back stucco in plane with current stucco. | |
| | |
| 2) Install fiberglass mesh reinforcing lamina embedded in a polymer modified | $7,780.00 |
| cement basecoat over all stucco walls to conceal existing cracks. Install new finish | |
| coat over lamina with sand finish to match existing. | |
| | |
| **Total Base Bid:** | **$13,780.00** |

*Extra Work Labor Rate: Straight time = $70.00 / man hour   Overtime = $105.00 / man hour*

**ALTERNATES TO BE ADDED OR DEDUCTED FROM THE TOTAL BID PRICE ABOVE**

| | |
|---|---|
| 1) Add for integral color in stucco so there is no painting required | $     1,800.00 |

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Case: 18-50604   Doc# 58-2   Filed: 10/26/18   Entered: 10/26/18 17:04:42   Page 30 of 42



**OLIVEIRA PLASTERING**

Proposal # *079-0817*

**Specific Items Included In Bid:**

Exterior: Break out stucco at sill plate of perimeter of house and install galvanized weep screed to meet current building codes and prevent moisture from weeping up into stucco. This is a problem that occurs when the stucco runs down into grade. There is also no place for water that gets behind the stucco to exit "weep" which can deteriorate the weather barrier rapidly and lead to increased moisture levels in the wall cavity. Patch back lath and stucco to match thickness of original stucco

- There are numerous cracks throughout the exterior of the home. Some appear to be normal however there are several that are large enough to suggest structural movement. Most of these appear to emanate from the base of the home near the footing. Homeowner said there has been flooding at the property which could be a cause of these enlarged cracks if the foundation settled or upheaved as a result of soil saturation.

- To address the cracks we recommend installing a crack reduction membrane over the entire exterior and installing a new stucco finish. This system consist of a 4.5 oz. fiberglass mesh embedded into a polymer modified basecoat. Once cured a new stucco finish coat with a sand float texture will be applied. If structural movement continues cracks can reappear.

- Cover exposed window and doors with visqueen to keep it free from stucco debris

- Remove all stucco debris from the area and haul away at job completion.

- Scaffolding for use by Oliveira plastering employees only

**Specific Items Excluded from Bid:**

- Lath or Stucco at any roof overhang or at fireplace that is currently wood siding
- Stucco at any site wall, retaining wall, fence, columns, BBQ, etc.
- Exterior sealant or backer rod (except sealing plumbing / electrical penetrations to lath paper)
- Smooth trowel finishes, Additives in stucco or acrylic finishes, integral color in stucco
- Flashing at the base of any wall, planter to wall, or at any roof to wall transition or reglet
- Galvanized Flashing at any location
- Self adhering sheet membrane at any location not specifically included above
- Framing, Furring, Backing, Blocking, Sheathing, Exterior Gyp. Sheathing, incl. wood build outs
- Interior work of any kind
- Paint, primer or sealers of any kind at interior or exterior
- Foundation, gable or louvered vents
- Replacement of entire stucco system
- Replacement of entire stucco system
- Foam Moldings at any location
- Demolition and repair of cracks around windows that were replaced. (lath likely not lapped)
- Moving or Removal of homeowners belongings currently against house
- Trimming back of landscaping and/or bushes against house

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Subject: Fw: college

From: julierivera72@yahoo.com
To: paul@seabrooklawoffices.com
Date: Wednesday, August 16, 2017 09:31:28 AM

Paul,

Sending you the painter's bid...waiting on "Coastal Environment" to send me a bid. Also, Rich is having a
contractor come out to give us a bid on the fence and other things. Should I still ask for a Realtor quote?

Julie

On Monday, August 14, 2017 5:42 AM, francisco huante <huante.francisco@gmail.com> wrote:

8/13/17
#H2983
PROPOSAL

**SUBMITTED TO:**

July Rivera  120 college rd  watsonivll ca

**JOB INFO:**
INTERIOR  120 COLLEGE

HUANTE PAINTING
P.O. BOX 1933
CAPITOLA, CA  95010
(831)722-6476

**WE HEREBY PROPOSE TO FURNISH THE MATERIAL AND PERFORM THE LABOR NECESSARY FOR
THE COMPLETION OF PAINTING BEDROOMS WHERE DRYWALL WAS REPLACED DUE TO MILDEW
WORK IS TO BE DONE AS FOLLOWS:**

https://mail.yahoo.com/d/folders/1/messages/5172                    2/23/2018

1.   COVER ALL FLOORING, FURNISHINGS AND ANY OTHER AREAS THAT SHOLD STAY CLEAR OF ANY OVERSPRAY OR PAINT SPILLAGE

2.   PRIME ALL NEW DRYWALL

3.   PAINT WALLS AND CEILINGS WITH TWO COATS OF A MILDEW RESISTAN PAINT PRODUCT IS PERMA WHITE MILDEW PAINT MADE BY ZINZER

4.   PAINT DOORS ,CASINGS AND BASE IN AREA CONNECTED WITH REPAIRS

5.   AS AN OPTION WE CAN PAINT INTERIOR OF KITCHEN, LIVING ROOM, DINING ROOM AND HALL WAY FOR AN EXTRA COST

6.   WORK CAN BE DONE LATE SEPTEMBER


STATE FUND WORKERS COMP.

All material is guaranteed to be as specified and the above work to be performed in accordance with the specifications submitted for above work and completed in a substantial workman like manner for the sum of:

BEDROOMS   ONE THOUSAND NINE HUNDRED DOLLARS  $1900

OTHER ROOMS   ONE THOUSAN FOUR HUNDRED DOLLARS  $1400

RESPECTFULLY SUBMITTED:
FRANCISCO HUANTE
OWNER
LIC #608907

Please sign and fax to:   or scan and email to: huante.francisco@gmail.com
PROPOSAL ACCEPTED BY _____

DATE _____


NOTE - THIS PROPOSAL MAY BE WITHDRAWN BY US IF NOT ACCEPTED WITHIN 45 DAYS

HUANTE PAINTING, P.O. Box 1933, Capitola CA, 95010. (831) 722-6476

# Location Map

| Borrower | Rivera,Richard John Jr & Julie Gonzales-Rivera | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender | PIQ for The Law Offices of Michelle Ghidotti | | | | | | |



# Location Map

| Borrower | Rivera,Richard John Jr & Julie Gonzales-Rivera | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender | PIQ for The Law Offices of Michelle Ghidotti | | | | | |



# Location Map

| Borrower | Rivera,Richard John Jr & Julie Gonzales-Rivera | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code 95076 |
| Lender | PIQ for The Law Offices of Michelle Ghidotti | | | | | |



# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Condition Ratings and Definitions

C1
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

C3
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

C4
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

C5
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

C6
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

Quality Ratings and Definitions

Q1
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Quality Ratings and Definitions (continued)

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

**Not Updated**

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

UAD Version 9/2011 (Updated 1/2014)

# PRIVACY NOTICE

**Pursuant to the Gramm-Leach-Bliley Act of 1999, effective July 1, 2001, Appraisers, along with all providers of personal financial services are now required by federal law to inform their clients of the policies of the firm with regard to the privacy of client nonpublic personal information. As professionals, we understand that your privacy is very important to you and are pleased to provide you with this information.**

## Types of Nonpublic Personal Information We Collect

*In the course of performing appraisals, we may collect what is known as "nonpublic personal information" about you. This information is used to facilitate the services that we provide to you and may include the information provided to us by you directly or received by us from others with your authorization.*

## Parties to Whom We Disclose Information

*We do not disclose any nonpublic personal information obtained in the course of our engagement with our clients to nonaffiliated third parties, except as necessary or as required by law. By way of example, a necessary disclosure would be to our employees, and in certain situations, to unrelated third party consultants who need to know that information to assist us in providing appraisal services to you. All of our employees and any third party consultants we employ are informed that any information they see as part of an appraisal assignment is to be maintained in strict confidence within the firm.*

*A disclosure required by law would be a disclosure by us that is ordered by a court of competent jurisdiction with regard to a legal action to which you are a party.*

## Confidentiality and Security

*We will retain records relating to professional services that we have provided to you for a reasonable time so that we are better able to assist you with your needs. In order to protect your nonpublic personal information from unauthorized access by third parties, we maintain physical, electronic and procedural safeguards that comply with our professional standards to insure the security and integrity of your information.*

*Please feel free to call us any time if you have any questions about the confidentiality of the information that you provide to us.*



Business, Consumer Services & Housing Agency

# BUREAU OF REAL ESTATE APPRAISERS
# REAL ESTATE APPRAISER LICENSE

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified Residential Real Estate Appraiser"

**Kathy R. Dotson**

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER:   AR 038124

Effective Date:   August 26, 2017
Date Expires:   August 25, 2019

Jim Martin, Bureau Chief, BREA

3036401

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE "CHAIN LINK"

# NAVIGATORS INSURANCE COMPANY

### THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.

### PLEASE READ THIS POLICY CAREFULLY.

## REAL ESTATE APPRAISERS ERRORS AND OMISSIONS INSURANCE POLICY
## DECLARATIONS

POLICY NUMBER:  PH18RALR31123IV    RENEWAL OF:  PH17RALR31123IV

1.  **NAMED INSURED:**  Kathy Dotson

2.  **ADDRESS:**  67 Howell Lane
    WATSONVILLE, CA 95076

3.  **POLICY PERIOD:  FROM:** 03/04/2018   **TO:** 03/04/2019
    12:01 A.M. Standard Time at the address of the **Named Insured** as stated in Number 2 above.

4.  **LIMITS OF LIABILITY:**
    A. $ 1,000,000  Damages Limit of Liability – Each Claim
    B. $ 1,000,000  Claim Expenses Limit of Liability – Each Claim
    C. $ 1,000,000  Damages Limit of Liability – Policy Aggregate
    D. $ 1,000,000  Claim Expenses Limit of Liability – Policy Aggregate

5.  **DEDUCTIBLE** (inclusive of claim expenses):  A. $ 500   Each Claim
                                                      B. $ 1,000  Aggregate

6.  **PREMIUM:** $ 716.00

7.  **RETROACTIVE DATE:** 03/04/2005
8.  **FORMS ATTACHED:**
    RiskMgmt, RiskMgmtHotline, NAV ML-002, CA Notice, NAV RAL DEC, NAV RAL NIC PF, NAV RAL 002, NAV RAL 003, NAV RAL 011, NAV RAL 300 CA

**PROGRAM ADMINISTRATOR:**  RealCare Insurance Marketing, Inc.

By Acceptance of this policy the Insured agrees that the statements in the Declarations and the Application and any attachments hereto are the Insured's agreements and representations and that this policy embodies all agreements existing between the Insured and the Company or any of its representatives relating to this insurance.

IN WITNESS WHEREOF, we have caused this policy to be signed by our President and Secretary.

[Emily Miner]
Secretary

[Stanley A. Galanski]
President

NAV RAL DEC (02 14)                Page 1 of 1