| | |
|---|---|
| 1 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837) |
| 2 | Kristin A. Zilberstein (SBN 200041) |
|   | Jennifer R. Bergh, Esq. (SBN 305219) |
| 3 | LAW OFFICES OF MICHELLE GHIDOTTI |
|   | 1920 Old Tustin Ave. |
| 4 | Santa Ana, CA 92705 |
|   | Ph: (949) 427-2010 |
| 5 | Fax: (949) 427-2732 |
| 6 | mghidotti@ghidottilaw.com |
| 7 | Attorney for Creditor |
|   | Aspen G LLC |
| 8 | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO.: 18-50604 |
|  | ) |  |
| Richard John Rivera, Jr. and Julie Gonzales-Rivera, | ) | CHAPTER 13 |
|  | ) |  |
|  | ) | **CERTIFICATE OF SERVICE** |
| Debtors. | ) |  |
|  | ) |  |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1

Case: 18-50604   Doc# 58-3   Filed: 10/26/18   Entered: 10/26/18 17:04:42   Page 1 of 2
CERTIFICATE OF SERVICE

On October 26, 2018 I served the following documents described as:

- **DECLARATION OF APPRAISER**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Richard John Rivera, Jr.<br>140 College Rd.<br>Watsonville, CA 95076 | **Chapter 13 Trustee**<br>Devin Derham-Burk<br>P.O. Box 50013<br>San Jose, CA 95150-0013 |
|---|---|
| **Joint Debtor**<br>Julie Gonzales-Rivera<br>140 College Rd.<br>Watsonville, CA 95076 | **Trustee's Counsel**<br>Nanette Dumas<br>P.O. Box 50013<br>San Jose, CA 95150-0013 |
| **Debtors' Counsel**<br>Aaron Lipton<br>The Law Offices of Aaron Lipton<br>7960 B Soquel Dr. #156<br>Aptos, CA 95003 | **U.S. Trustee**<br>Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on October 26, 2018 at Santa Ana, California

/*s / Jeremy Romero*
Jeremy Romero