

The following constitutes the order of the Court.
Signed: November 2, 2018

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Ricardo John Rivera Jr. and<br><br>Julie Gonzales-Rivera,<br><br>　　　　　　　　Debtors. | Case No. 18-50604 MEH<br><br>Chapter 13<br><br>Date: January 16, 2019<br>Time: 9:00 a.m.<br>Ctrm: 3020 (San Jose) |

## TRIAL SCHEDULING ORDER

A status conference in the above-captioned adversary proceeding was held on November 2, 2018. Appearances were stated on the record.

Good cause appearing, it is ORDERED as follows:

1. A trial is set for January 16, 2019, at 9:00 a.m. in Courtroom 3020, 280 South First Street, San Jose, California. One day has been reserved for the hearing. The issue being tried is the value of the real property located at 140 College Road, Watsonville, CA 95076 as of the petition date.

2. Any trial brief shall be filed and served seven days prior to the trial. Trial briefs are optional.

3. Each party must, no later than seven days prior to the hearing, serve and file a witness list.

4. Each party must, no later than seven days prior to the hearing, provide each other with and lodge with the court copies of all exhibits such party intends to introduce into evidence, excluding exhibits to be used solely for impeachment, and of any summaries or compilations to be introduced under Fed. R. Evid. 1006.

5. If any party expects to offer more than ten exhibits, such party must place them in a three-ring binder and tab each exhibit.

6. The parties shall bring sufficient copies of exhibits for all counsel, the witness, and the court. Each copy of each exhibit shall be pre-marked by the proponent prior to the hearing. Debtor's exhibits shall be numbered and Creditor's exhibits shall be lettered. The parties may stipulate to use joint exhibits and to the manner in which they will be designated. Exhibit stickers may be obtained from the courtroom deputy.

7. No later than three days prior to the hearing the parties must meet and confer regarding the matters in the following paragraph.

8. At the commencement of the hearing, the parties shall be prepared to stipulate into evidence all exhibits that are admissible for at least one purpose and as to which there is no dispute as to authenticity or the ability of the opposing party to lay a foundation.

9. Counsel should be aware that the court will not grant continuances of trial dates absent compelling circumstances beyond the parties' or counsel's control. The unavailability of parties, counsel, experts, or other necessary individuals will not constitute cause to continue a trial. Stipulations to continue a trial do not bind the court.

Failure to comply with pre-trial requirements – including failing to file exhibits, witness lists, and trial briefs – will not result in a trial being reset, but will result in appropriate sanctions.

10. Pursuant to Fed. R. Bankr. P. 7016 and Fed. R. Civ. P. 16(f), any failure of a party to comply timely with this order may result in judgment against such party, removal of the hearing from calendar, exclusion of evidence, or imposition of monetary or non-monetary sanctions.

***END OF ORDER***

UNITED STATES BANKRUPTCY COURT for the Northern District of California

3

**COURT SERVICE LIST**

**Via ECF:**

All ECF Recipients